1

2

3          **UNITED STATES DISTRICT COURT**

4          **NORTHERN DISTRICT OF CALIFORNIA**

5          **SAN JOSE DIVISION**

6

7    THEODORE BROOMFIELD, ET AL.,          Case No. 17-cv-01027-BLF

8              Plaintiffs,

9          v.                              **ORDER STRIKING DEFENDANTS'
                                           MOTION TO STRIKE BOEDEKER
10   CRAFT BREW ALLIANCE, INC., et al.,    DECLARATION**

11             Defendants.                 [Re: ECF 76]

12

13        Defendant Craft Brew Alliance, Inc. ("Defendant") has filed a Motion to Strike the June

14   29, 2018 Declaration of Dr. Stefan Boedeker in Support of Plaintiffs' Motion for Class

15   Certification.  *See* ECF 76.  Defendant's Motion to Strike is improper, and the Court STRIKES

16   ECF 76 and its supporting declaration and exhibits in their entirety.

17        Plaintiffs have not yet filed their Motion for Class Certification, including the anticipated

18   Boedeker Declaration.  To the extent that Defendant objects to the Boedeker Declaration or any

19   other evidence relied on by Plaintiffs in support of class certification, Defendant's objections must

20   be briefed within the confines of its 25-page opposition brief to the class certification motion.

21

22        **IT IS SO ORDERED.**

23

24   Dated: July 11, 2018

25

26   BETH LABSON FREEMAN
     United States District Judge

27

28

United States District Court
Northern District of California