# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, | Case No. 5:17-cv-01027-BLF |
| Plaintiffs, | |
| v. | |
| CRAFT BREW ALLIANCE, INC., *et al.*, | |
| Defendants. | |

# DECLARATION OF STEFAN BOEDEKER
## IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## Table of Contents

1   Introduction ................................................................................................................. 1

   1.1   Qualifications .......................................................................................................... 1

   1.2   Case Background ..................................................................................................... 2

   1.3   Assignment .............................................................................................................. 3

   1.4   Materials Considered .............................................................................................. 4

   1.5   Structure of the Report .......................................................................................... 4

2   The Market for Craft Beer Products and Product Differentiation of Kona Beers ........ 5

3   Theoretical Framework of Economic Loss ................................................................... 8

   3.1   Demand and Supply in a Competitive Market ....................................................... 8

      3.1.1   Willingness-to-Pay ...................................................................................... 8

      3.1.2   Willingness-to-Accept .............................................................................. 10

      3.1.3   Market Equilibrium .................................................................................. 11

   3.2   Shifting Demand Curves and Changes in Equilibrium Price ............................... 13

   3.3   A Model of Economic Loss .................................................................................... 17

   3.4   Consideration of the Supply Side in the Economic Damages Model .................... 19

   3.5   Approaches to Estimating the Value of Individual Attributes in Composite
       Products ................................................................................................................. 19

4   Methodology of the Empirical Study .......................................................................... 23

   4.1   Conjoint Analysis – Methodology ........................................................................ 23

   4.2   Statistical Estimation Techniques Applied in Conjoint Analysis ......................... 25

5   Empirical Study .......................................................................................................... 27

   5.1   General Survey Methodology ................................................................................ 27

   5.2   Surveys/Empirical Studies Using Internet Panels ................................................ 29

   5.3   Choice Based Conjoint Study ............................................................................... 33

6   Economic Loss Calculation ......................................................................................... 41

   6.1   Four-Step Estimation Process ............................................................................... 41

   6.2   Market Simulations in Conjoint Analyses ............................................................ 43

   6.3   Quantification of Economic Loss Based on Conjoint Analysis Supported by
       Market Simulations ............................................................................................... 44

7   Summary and Conclusion ........................................................................................... 48

8   References .................................................................................................................... 50

**DECLARATION OF STEFAN BOEDEKER**

## Table of Figures

Figure 1: Willingness-to-Pay and Demand ................................................................................ 10

Figure 2: Willingness-to-Accept and Supply ........................................................................... 11

Figure 3: Supply & Demand ..................................................................................................... 12

Figure 4: Shift in the Demand Curve and the Effect of the Equilibrium Price .................... 14

Figure 5: Consumer Welfare for Product with and Without a False/Misleading Claim ..... 15

Figure 6: Difference in the Manufacturers' Welfare between Producing the Product with and Without the False/Misleading Claim ................................................................ 16

Figure 7: Compensation Required to Make Consumers Whole After Purchasing Product with  False/Misleading Claim ...................................................................................... 18

Figure 8: Beers Recognized by Survey Participants ................................................................ 34

Figure 9: Beers Purchased by Survey Respondents ................................................................ 35

Figure 10: Beers Purchased by Survey Respondents, Who Purchased Kona Longboard or Kona Hanalei ......................................................................................................... 35

Figure 11: Selected Beers and Their Retail Prices as Published on the Retailers' Web Site in California .............................................................................................................. 37

Figure 12: Example of a CBC Choice Menu ........................................................................... 38

Figure 13: Example of a CBC Choice Menu ........................................................................... 39

Figure 14: Demand for Kona Longboard Brewed in Hawaii and Brewed in Tennessee (Kona Purchasers Only) ....................................................................................... 47

Figure 15: Demand for Kona Longboard Brewed in Hawaii and Brewed in Tennessee (Non-Kona Purchasers Only) ................................................................................ 47

**DECLARATION OF STEFAN BOEDEKER**

# 1  Introduction

## 1.1  Qualifications

1.   I am a Statistician and an Economist. I received a Bachelor of Science degree in Statistics and a Bachelor of Arts degree in Business Administration from the University of Dortmund/Germany in 1988. I received a Master of Science degree in Statistics from the University of Dortmund/Germany in 1988, and I received a Master of Arts degree in Economics from the University of California, San Diego in 1992. I also completed Ph.D. requirements (except dissertation) in Economics at the University of California, San Diego.

2.   I am a Managing Director at the Berkeley Research Group ("BRG") based at 550 South Hope Street, Suite 2150, Los Angeles, CA, 90071. Prior to joining BRG, I was a Partner at Resolution Economics. I also held Managing Director positions at Alvarez & Marsal, Navigant Consulting, and LECG. I held partner-level positions at Deloitte & Touche LLP, PricewaterhouseCoopers LLP, and Arthur Andersen LLP. At the three latter firms, I was responsible for the Economic and Statistical Consulting group on the West Coast. Before moving to the United States to attend graduate school, I worked as a statistician for the German Government from 1986 to 1989.

3.   For over 25 years, my work has focused on the application of economic, statistical, and financial models to a variety of areas, such as providing solutions to business problems, supporting complex litigation in a consulting and expert witness role, and conducting economic impact studies in a large variety of industries including, but not limited to, healthcare, retail, grocery manufacturing, technology, entertainment, manufacturing, automotive, energy and utilities, hospitality, and federal, state, and local government agencies.

4.   I have extensive experience designing and conducting surveys as well as statistically analyzing results from surveys in both the litigation context as a consultant and/or designated expert and the non-litigation context as a statistical or economic consultant. I have issued numerous expert and rebuttal reports dealing with surveys and statistical sampling related issues. I have been deposed on numerous occasions and have also testified in court regarding survey and statistical sampling-related issues.

**DECLARATION OF STEFAN BOEDEKER**

5.      I am not an expert on brewing or marketing beer products. I do not have an opinion one way or the other about the allegations in this case. Instead, I have relied on my experience and expertise and have purely applied statistical methodologies based on the assumptions provided herein as to the alleged false and/or deceptive statements at issue in this litigation outlined, which are grounded in allegations made in the First Amended Consolidated Complaint ("FACC"), and documents from this case provided to me by Plaintiffs' counsel.

6.      All the facts and circumstances set forth in this report are known to me personally and I am prepared to testify to them if called upon to do so. My *curriculum vitae* which includes matters in which I have testified is attached to this report as Exhibit A. BRG is being compensated for its work on this matter based on an agreed upon hourly billing rate schedule. My hourly billing rate for professional services related to this case is $650 and the billing rates of BRG staff supporting me on this engagement range from $150 to $550. BRG's payment in this matter is not contingent upon my opinions or the outcome of this litigation.

### 1.2   Case Background

7.      It is my understanding that the Defendant Craft Brew Alliance Inc. ("Craft Brew"), is alleged to have deceptively marketed Kona Brewing Co. ("Kona") beers as brewed in Hawaii.[1] It is further alleged that Craft Brew advertises, markets, distributes, and sells Kona branded beer throughout the United States based on the misrepresentation that the beers are brewed in Hawaii. Instead, these beers are brewed by Craft Brew in Oregon, Washington, Tennessee, and/or New Hampshire.[2]

8.      It is further my understanding that there is credible evidence to substantiate the claim made by Plaintiffs that the false and/or deceptive marketing and advertising of Kona beer as a beer brewed in Hawaii has allowed Craft Brew to sell more beer than they otherwise would have and consequently increased its profits at the cost of the consumer.[3] This understanding which

---

[1]   First Amended Consolidated Class Action Complaint, paragraph 1.
[2]   FACC, paragraph 3.
[3]   See Figures 5 and 6 in this Declaration, Pages 13 and 14.

**DECLARATION OF STEFAN BOEDEKER**

was initially derived from document review was ultimately validated by the results of my study to quantify economic losses to the consumer, if any.

9.    It is further my understanding that Plaintiffs allege that because Kona branded beer was advertised as originating from Hawaii, that "Plaintiffs and other consumers have been deceived and have suffered economic injury."[4]

### 1.3   Assignment

10.    I have been retained by counsel for Plaintiffs to develop an economic loss model to quantify the damages, if any, suffered by the class that are attributable to the purchase of products that were not as presented and advertised to the consumers. My assignment was to develop and perform an empirical study to assess the value that consumers who purchase Kona beer products place on the claims at issue here, including that a beer marketed and advertised as brewed in Hawaii can command a higher price from consumers.

11.    I conducted a survey of consumers to elicit their willingness-to-pay for different attributes of beer. I then used the results of the survey and other data to develop an econometric/statistical model to quantify and estimate class-wide damages for purchasers of Kona beers with the alleged misrepresentations due to not receiving benefits and features that they paid for and were led to believe Kona beers possessed.

12.    One could argue that the entirety of the actual purchase price of a Kona product could be fully included in an economic loss model because the purchasers of a product with a false or deceptive claim did not receive what was advertised and what they intended to purchase. In my analysis, I consider that consumers may still have obtained some value from the purchase of the Kona products at issue in this litigation even though these products did not provide the advertised benefits -- namely, a beer made in Hawaii. This implies that the economic loss to the purchaser may have been less than the entirety of the purchase price of the product. Rather than assuming the economic loss to the consumers one way or the other, the model I propose to calculate class-wide economic losses utilizes the survey and conjoint study to assess if the

---

[4] First Amended Consolidated Class Action Complaint, paragraph 5.

**DECLARATION OF STEFAN BOEDEKER**

demand curve for Kona beer shifted downward if it was known to the purchasers at the point of purchase that the claim that Kona brand beer originating from Hawaii is false.

### 1.4   Materials Considered

13.   In forming my opinions for this report, I have considered documents provided to me by Plaintiffs' counsel. A list of the documents I considered and that formulated my opinions contained herein is attached hereto as Exhibit B:

14.   In addition, I have considered all materials cited in the text and in the footnotes to this report.

### 1.5   Structure of the Report

15.   The remainder of this report is structured as follows:

a.   Section 2 gives a brief overview of the beer market.

b.   Section 3 gives an overview of the theoretical framework of the economic loss model based on supply, demand, equilibrium price setting mechanisms, and the relationship between consumers' willingness-to-pay for a product or features of a product and market prices.

c.   Section 4 discusses the methodology of the empirical study that I performed for this matter. In Section 4, I also introduce Choice Based Conjoint Analysis as a tool to quantify the impact of changing market conditions on consumers' choices and willingness-to-pay.

d.   Section 5 contains a detailed description of the empirical study that I performed to quantify the impact of changing market conditions on consumers' preference and choices and if and how changes in demand may affect equilibrium prices.

e.   Section 6 discusses how I applied advanced statistical estimation techniques to obtain economic losses suffered by members of the class, if any, based on the results from the conjoint study.

**DECLARATION OF STEFAN BOEDEKER**

f.   Section 7 concludes that it is possible to reliably quantify class-wide economic losses based on the proposed methodology and the results from a properly designed and implemented conjoint study.

## 2   The Market for Craft Beer Products and Product Differentiation of Kona Beers

16.   Beers are categorized based on type and style. There are generally three types of beers: ales, lagers, and stouts/porters. The type of beer is determined by the type of yeast used during the fermentation process. Beers are further categorized into various styles based on the flavor, color, and aroma of the beer. Some examples of styles are amber, blonde, IPA, pilsner, pale, and wheat.

17.   Market researcher IBISWorld defines the craft beer market to include microbreweries and brewpubs that produce beer for resale or consumption on premises. A microbrewery typically produces no more than 6.0 million barrels of beer a year.[5]

18.   In 2016, the overall beer market in the United States was valued at $107.6 billion and the craft beer market was valued at $23.5 billion. Overall beer sales were static, while craft brew sales grew by 6.2%, reaching 12.3% of the U.S. beer market by volume and 21.9% by dollar value.[6,7]

19.   The beer market is fairly consolidated with five brewers holding 80.9% of the market. The five largest brewers by market share are Anheuser-Busch with 41.6%, MillerCoors with 24.3%, Constellation with 8.9%, Heineken with 3.8%, and Pabst Brewing with 2.3% of the market.[8] Current trends indicate that volume is shifting from large brewers to smaller craft brewers. However, the large brewers are also investing in the craft beer market and expending

---

[5]   IBISWorld, Drink up: Shifts in consumer tastes have enabled the industry to grow substantially. 28 March 2018. Page 2.
[6]   https://www.brewersassociation.org/statistics/national-beer-sales-production-data/
[7]   https://www.brewersassociation.org/press-room/stats-faqs/?highlight=market+share
[8]   https://www.nbwa.org/resources/industry-fast-facts

**DECLARATION OF STEFAN BOEDEKER**

production of craft beers for a national audience. For example, it is my understanding that Anheuser-Busch currently owns 31.5% of the Defendant, Craft Brew.[9]

20.    In order to get noticed in a market where many different brands compete for customers, suppliers have recognized the importance of packaging and branding. ████████



23.    One of the goals of marketing and branding is the introduction of product attributes that allows the consumer to differentiate between otherwise similar products, with the goal of create consumer loyalty, gaining market share, and ultimately to increase sales and profits. Based on the evidence provided to me (some of which is noted below), Craft Brew clearly understands that the alleged false and/or deceptive claim constitutes a product attribute that differentiates Kona beer from competitors.

---

[9]    First Amended Consolidated Class Action Complaint, paragraph 21.
[10]   ████████████████████████████████████ CBAKONA00011410.
[11]   ████████████████████████████████████ CBAKONA00011411.
[12]   ████████████████████████████████████████████████████
       ████████ CBAKONA00011413.
[13]   ███████████████████████████████████████.

**DECLARATION OF STEFAN BOEDEKER**

24.    For example, Cindy Wang, one of Craft Brew's Rule 30(b)(6) designees, testified that Hawaii is what makes the Kona beer brand unique:

Q: What specifically makes Kona beers unique is Hawaii; correct?

A: It's not what makes the beers themselves unique, but the brand because we are a brand that originates from Hawaii. It's our birthplace. That's a fact. It certainly is – it's just a fact.

Wang Dep. Tr. 126.

25.    Nick Mallory, Craft Brew's other Rule 30(b)(6) designee acknowledged that the name of every beer and overall theme of the packaging of Kona beers pays homage to Hawaii. Mallory Dep. Tr. at 76:10-17l; 80:2-5; 82:9-14.

26.    I have also reviewed several internal Craft Brew documents that suggest the same and provide additional support for the conclusions of the conjoint analysis:

a. ████████████████████████████████
████████████████████████████████
████████████████████████████████
███████

b. ████████████████████████████████
████████████████████

c. ████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████

---

[14]    In the following, I will suppress the "CBAKONA0000" of the bates number of documents produced in this case and simply refer to the four- or five-digit numeric portion.

**DECLARATION OF STEFAN BOEDEKER**



The documents cited above clearly demonstrate that selling Kona beers as beers from Hawaii plays an important role in the marketing efforts by Craft Brew, the Defendants to increase sales, revenue, and profits based on the fact that their own research resulted in the finding that the information where the beer is produced is important to the consumer.

# 3   Theoretical Framework of Economic Loss

27.     In this section, I use a generic example to describe in basic economic terms how prices are set for products and how it can be tested if damages exist, and if they do exist, how to quantify them and how to determine class-wide economic damages.

### 3.1   Demand and Supply in a Competitive Market

#### 3.1.1   Willingness-to-Pay

28.     In economic theory, willingness-to-pay is derived from "Utility." Utility describes a consumer's preferences and it is a measure of the value or usefulness of a good or service to that consumer.[15]  Therefore, utility does not have a unit of measurement. The empirical study developed in this report allows the researcher to associate a monetary value to a consumer's utility.

29.     To explain the concept, let us assume that it is known how much benefit or utility each consumer in a given market derives from a product or service. The willingness-to-pay is the

---

[15]    Hal R. Varian, Intermediate Microeconomics, 8th Edition, 2009, Page 54.

**DECLARATION OF STEFAN BOEDEKER**

highest price a consumer is willing to pay for the product, which is based on the perceived utility derived from the product and the consumer's budget. The consumer will purchase the product if the market price of the product is lower than or equal to his willingness-to-pay, but he will not purchase the product if the price is higher than the willingness-to-pay.

30.    In that sense, the individual willingness-to-pay for a product differentiates the buyer from the non-buyer for a certain product. There is no other correlation between the individual willingness-to-pay and the market price. In this context, the marginal consumer is defined as the consumer whose willingness-to-pay equals the market price.

31.    With this knowledge, it is, possible to rank the consumers by their willingness-to-pay. As an illustrative example, let us assume that the consumer with the highest willingness-to-pay is willing to spend $28 for a brand-new product. If the price of the product were $28, this consumer would purchase the product but nobody else would. This consumer would also buy the product for any price less than $28.[16] If there is an additional consumer with the next highest willingness-to-pay of $25, then this consumer and the consumer with a willingness-to-pay of $28 would purchase the product, and so forth. Each consumer would buy the product at a price that is equal to or less than his or her respective willingness-to-pay. If a consumer's willingness-to-pay is less than the price for the product, then this consumer will not buy the product.

32.    Based on the ranking of consumers by their willingness-to-pay, a demand curve can be constructed in the following way: In a diagram that depicts the amount of the willingness-to-pay for each individual consumer on the vertical axis and the number of consumers on the horizontal axis, the demand curve will begin in the top left corner at the intersection of one consumer and a willingness-to-pay of $28. The next data point is at the intersection of two consumers and a willingness-to-pay of $25, and so forth.

---

[16]    This is an important difference between the individual willingness-to-pay and the price actually paid. The actual value of the individual willingness-to-pay is irrelevant – only its relation to the price for the product matters: if the individual buys the product then the willingness-to-pay is at or above the price; if an individual does not buy the product then the willingness-to-pay is below the price.

**DECLARATION OF STEFAN BOEDEKER**

33.     The demand curve would look like a downward facing set of stairs. For simplicity, textbooks typically stylize the demand curve as a smooth downward sloping line or curve. Figure 1 below illustrates this concept.

*Figure 1: Willingness-to-Pay and Demand*



*Source: Own analysis based on hypothetical data*

### 3.1.2   Willingness-to-Accept

34.     Following the same principle as in the example of developing the demand curve, we can also determine the minimum price at which each manufacturer is willing to sell the product. This is called the willingness-to-accept, which is equal to the marginal cost to the manufacturer. The marginal cost is the cost the manufacturer incurred when producing the last or marginal unit of the product.

35.     Like the consumers on the demand side, the manufacturers can be ranked by their willingness-to-accept. In a diagram with volume on the horizontal axis and prices and willingness-to-accept on the vertical axis, the manufacturer with the smallest marginal costs, say $3, will be positioned on the left. If the price of the product were to be just above $3, only this manufacturer would be willing to accept the price. If the next manufacturer offers one unit for $5, at the price of $5 two units would be offered in the market and so on. When connecting all ranked values of willingness-to-accept, we get the supply curve. It typically slopes upwards from left to right. The supply curve would look like an upward facing set of stairs. For

**DECLARATION OF STEFAN BOEDEKER**

simplicity, textbooks stylize the supply curve as an upward sloping smooth line or curve. Figure 2 below illustrates the concept.

***Figure 2: Willingness-to-Accept and Supply***



*Source: Own analysis based on hypothetical data*

### 3.1.3   Market Equilibrium

36. The market balances supply and demand. At a price of $4.50, almost all consumers in my example would purchase the product but the manufacturers would offer only one unit. Conversely, at a price of $38, only one consumer would be willing to purchase the product while all manufacturers would be willing to sell the product. In the generic example, the market clears at a price of $12. At this point, not all but most consumers and manufacturers will be brought together. In the graphical representation, the supply and demand curves intersect (Figure 3). If the price exceeds $12, more manufacturers would offer their product but fewer consumers would be willing to purchase the product. If the price drops below $12, more consumers would be willing to purchase the product but fewer manufacturers would be willing to sell the product. For the marginal consumer, the equilibrium price of $12 is equal to the willingness-to-pay; and for the marginal manufacturer, the equilibrium price of $12 is equal to the willingness-to-accept. The market equilibrium price of $12 is the price at which every individual in the market for the product will buy, e.g., the individual on the demand curve represented by the left most green dot with a willingness-to-pay of $28 will obviously not pay $28 when he/she can buy the product for $12.

**DECLARATION OF STEFAN BOEDEKER**

*Figure 3: Supply & Demand*



*Source: Own analysis based on hypothetical data*

37.    The equilibrium price is not the simple average of all consumers' willingness to pay. Rather, the equilibrium price depends on supply and demand. The equilibrium price is the price where the supply curve and the demand curve intersect. Every consumer to the left of the marginal consumer has a willingness-to-pay that exceeds the equilibrium price, and therefore, will purchase the product.

38.    The difference between the willingness-to-pay and the market price can also be illustrated with a real-world example: In an eBay auction, I may have put my eye on an item. I put my upper limit for my bids at $50. This upper limit signals my willingness-to-pay. Given that willingness-to-pay, if I saw the same item with a "Buy it Now" price tag of $25, I would buy it for $25. What happened in this example? Did my utility from purchasing the item suddenly change? Did my willingness-to-pay change? Obviously not. However, what has changed is that the projected amount that I would pay going through the bidding process is different than the price I will pay when the competing offer is presented to me. In other words, the willingness-to-pay does not necessarily reflect the actual price that a consumer ends up paying for a product.

**DECLARATION OF STEFAN BOEDEKER**

### 3.2    Shifting Demand Curves and Changes in Equilibrium Price

39.    Based on Lancaster's theory of utility,[17] the utility a consumer derives from a product and, therefore, the consumer's willingness-to-pay for the product is aggregated from the willingness-to-pay for each of the product's characteristics, parts, and features. In this case, the product is beer and the characteristics of the product include nutritional information, the type and style of the beer, origin, packaging, and other features.

40.    A consumer's overall willingness-to-pay for beer is equal to the weighted sum of the willingness-to-pay the consumer expresses for each individual attribute. Changes in the composition of the attributes may lead to a shift of the demand curve for the beer product. The change in the composition of the product's attributes can relate to changes in tangible attributes such as brewing style, flavor, or packaging. It can also relate to statements about the product and advertised features of the product that are used to market the product to the consumers. In the case where statements used for marketing purposes are alleged to be false and/or misleading, it must be determined if and by how much the demand curve shifts when the consumers learn about the false and misleading statements at the point of purchase. If the demand curve shifts downward, some consumers may still be willing to buy the product but at a lower price and some consumers may no longer be willing to buy the product. Figure 4 below illustrates the scenario:

   a.   Where one or more of the claims about the product are false or misleading, and

   b.   Where the consumers receive information about this false or misleading claim at the point of purchase.

**[Space below left blank to accommodate formatting.]**

---

[17]    Lancaster, Kelvin J. (1966), "A New Approach to Consumer Theory," Journal of Political Economy 74 (2): Pages 132–157.

**DECLARATION OF STEFAN BOEDEKER**

*Figure 4: Shift in the Demand Curve and the Effect of the Equilibrium Price*



*Source: Own analysis based on hypothetical data*

41.    In the following paragraphs, I will refer to the situation where the consumer bought a Kona product without having the knowledge that certain information is false and/or misleading as the "actual world" and the situation where the consumer was informed at the point of purchase of the false and misleading information about the beer as the "but-for world."

42.    If consumers are willing to pay less for the product knowing that the advertised claim was false in the but-for world, then it can be empirically tested how this new information impacts the demand for the product. If the demand curve shifts downward, then a drop in overall willingness-to-pay can be observed, although the drop-in willingness-to-pay may vary across consumers. The consumers are ranked again according to their willingness-to-pay, resulting in the yellow dots in Figure 4, which defines the new demand curve.

43.    The new demand curve may have a different shape than the demand curve for the product where the consumer does not know that the claim is false. All else equal, the shift of the demand curve results in a new market equilibrium, where the price and the transaction volume are lower. This is the new market equilibrium in the but-for world. However, the new market equilibrium occurs at a lower price and at a lower volume. Considering that the horizontal volume axis represents the members of the putative class this new market equilibrium is not the relevant measure for the economic loss.

**DECLARATION OF STEFAN BOEDEKER**

44.    Before I derive the correct measure for economic loss, I present an economic argument that shows that the manufacturer gains at the cost of the consumer when the disclosure of misleading and/or false claims leads to a downward shift of the demand curve.

45.    In economic theory, the net benefit to each consumer purchasing a given product is the difference between the willingness-to-pay and the price paid. Aggregated across all consumers in a market, the net benefit to all consumers is defined as consumer welfare. It is equal to the area under the demand curve and above the price line (red area and dark orange area in Figure 5). If the claim about the product is known to be false at the point of purchase, the demand curve will shift downwards (dark grey line in Figure 5). The new consumer welfare after the shift in the demand curve due to the false claim is equal to the area under the new demand curve and above the new price line (light orange area in Figure 5).

*Figure 5: Consumer Welfare for Product with and Without a False/Misleading Claim*



*Source: Own analysis based on hypothetical data*

46.    Since the demand curve for the product with the known-to-be-false claim is below the demand curve for the product with the false claim (the demand curve labeled "Demand for Product Brewed in Hawaii" is above the demand curve labeled "Demand for Product Brewed in Tennessee"), the consumer welfare for the product with the known-to-be-false claim is generally smaller than the consumer welfare of the product absent a false claim. Therefore, the consumers will have suffered economic losses.

**DECLARATION OF STEFAN BOEDEKER**

47.    Another way of looking at the economic loss to the consumer focuses on the manufacturer. Generally, a manufacturer's welfare is the difference between the willingness-to-accept and the price obtained in the market. Aggregated over all manufacturers, the manufacturers' welfare is the area below the price line and above the supply curve.

48.    Corresponding to the consumers' welfare, we can also derive the manufacturer's welfare or gross profit. For each unit, the manufacturer's welfare is the difference between the price received and the marginal costs of producing the unit. A shift in the demand curve results in a change in the manufacturer's welfare. In Figure 6 below, the difference in manufacturers' welfare between the product with the false claim and the product without the false claim is depicted by the yellow area. Recall that in the equilibrium between supply and the demand for the product with the claim was that six consumers would have paid $12 (see Figure 3). In the market equilibrium depicted in Figure 6, for the product with the false claim, four consumers would have paid $9 instead of $12 when the claim was known to be false at the point of purchase. In addition, two consumers who purchased the product would not have purchased the product with the false claim at the new market equilibrium price of $9 (as can be seen by the fact that the intersection of the demand curve labeled "Demand for Product Brewed in Tennessee" and the supply curve occurs at a volume of 4 instead of 6). The yellow area in Figure 6 depicts the additional manufacturers' welfare obtained by not disclosing that the claim was false. Therefore, the manufacturer gains at the cost of the consumer.

*Figure 6: Difference in the Manufacturers' Welfare between Producing the Product with and Without the False/Misleading Claim*



*Source: Own analysis based on hypothetical data*

**DECLARATION OF STEFAN BOEDEKER**

### 3.3    A Model of Economic Loss

49.    Figure 6 clearly shows how the false or misleading advertising increases the manufacturer's gross profits at the expense of consumers. The excess profit due to the false or misleading advertising would be considered restitution to the plaintiff in a legal framework that is built on profit disgorgement (e.g., in a dispute involving intellectual property). However, in this case, profit disgorgement would not appropriately compensate consumers for their economic loss because in the example above where the volume drops by 2 units not all consumers who bought the product with the false and/or misleading claim. Instead, the proper economic loss methodology in this case must be based on the loss in utility and the associated shift in demand of <u>all</u> of the affected consumers.

50.    To make consumers whole for the economic losses, every consumer would have to receive an additional payment. The payment has to be sufficiently large to vertically shift the demand curve such that the demand curve for the product with the known-to-be-false claim plus the additional compensation intersected with the supply curve in the equilibrium for the product if the claim were true.

51.    To determine how much the demand curve would have to be shifted, we need to focus on the marginal consumer in the market for the product without the false claim and compare the price she had paid to the price she would have paid for the product with the known-to-be-false claim at the point of purchase.

52.    The compensation to make the marginal consumer whole after purchasing the product with the false claim is not simply the difference between the equilibrium prices on the demand curve for the product without the false claim and the demand curve for the product with the known-to-be-false claim (Figure 7). Rather, the compensation of the marginal consumer needs to be equal to the difference between the price this marginal consumer would have paid for the product with the known-to-be-false claim and the product without the false claim.[18]

---

[18]    In Sections 4 to 6, I will describe a methodology to calculate the shift of the demand curve and assess the economic loss based on an empirical study.

**DECLARATION OF STEFAN BOEDEKER**

**Figure 7: Compensation Required to Make Consumers Whole After Purchasing Product with False/Misleading Claim**



*Source: Own analysis based on hypothetical data*

53.     In the example illustrated in Figure 7 above, the marginal consumer paid $12 for the product before becoming aware of the false claim, but would have paid only $7 for the product with the false claim. The difference in willingness-to-pay is $5 ($12 minus $7). Since the for the marginal consumer the willingness-to-pay equals the price, the difference of $5 is the amount that will make all consumers who bought the product with the false and/or misleading claim without knowing that it is false and/or misleading.

54.     The correct way to measure the economic loss to the class members considers that the downward shift in the demand curve is comprised of two components: a) a drop in units sold as measured on the horizontal axis, and b) a drop in the price paid by customers who are still buying the product even after receiving the information that the product does not have the features as advertised.

55.     In the illustrative example in Figure 7 above, the new market equilibrium occurs at a lower price ($9 instead of $12) and at a lower number of units sold (4 instead of 6). Each buyer of the product with the false and/or misleading claim without knowing that it is false and/or misleading has to be made whole because they overpaid for the product. The price that makes everyone whole is the price at which all 6 original buyers of the product would buy the product again. In the illustrative example in Figure 7 above, this price can be found by moving down

**DECLARATION OF STEFAN BOEDEKER**

the shifted demand curve to find the price at which the original number of buyers would purchase the product again. In the illustrative example above, this price is $7.

56.  All else equal and depending on the shape of the supply curve and the demand curve before and after the disclosure of the information about the allegedly misleading claim at the point of purchase, the economic loss will differ.

### 3.4   Consideration of the Supply Side in the Economic Damages Model

57.  The supply curve in the damages model is identical for the actual world (no disclosure) and the but-for world (the same beer product is now offered with full disclosure of the false and misleading claims by the salesperson at the point of purchase). The units of the product that were sold with the false claim are identical. Therefore, the shift in the attribute level has no impact on the marginal costs of the supplier and therefore the supply curve. Consequently, only the changes in the demand curve are relevant for the damage assessment.

58.  Because the economic loss model must find the price for the volume of Kona beer supplied in the actual world (i.e., the beer with the false and/or misleading claim) that consumers would have paid in the but-for world (i.e., now the consumers know that the claim is false and/or misleading) the supply in the actual and the but-for world is identical. Therefore, the only relevant question is if the additional information of the disclosure (e.g., that the claim that the beer is made in Hawaii is deceptive and/or misleading) at the point of purchase makes the Kona products actually sold inferior to the Kona products as advertised in the eyes of the consumer. If the consumer perception changes such that the Kona product that is not as advertised is viewed as inferior, then the demand curve will shift downwards. This implies that for an upward sloped supply curve for the product, the downward shift of the demand curve is associated with a drop in the price that consumers would pay if they knew at the point of purchase that the claim that the beer is made in Hawaii is deceptive and/or misleading.

### 3.5   Approaches to Estimating the Value of Individual Attributes in Composite Products

59.  Based on the theory described above, I had to design an empirical approach to determine the demand for Kona beer had consumers known that the beer was not brewed in Hawaii. I could

have asked consumers directly, how much they were willing to spend on such a product. However, direct questions are likely to lead to strategic responses that might overstate the difference in willingness-to-pay for a beer brewed in Hawaii versus a beer brewed outside of Hawaii.

60.     In general, there are two different types of approaches to estimate the values of the individual characteristics, parts, and features that together form a composite product when there is no direct market for the individual characteristics, parts, and features (also known as attributes; price is also considered an attribute of a product) themselves:

      a.   Stated Preference based, and

      b.   Revealed Preference based.

61.     Stated Preference based approaches involve asking individuals directly or indirectly how much they value a particular product. This is done by investigating how much they would be willing to pay for an attribute/feature in a composite product. In this context, Conjoint Analysis is an approach exploring respondents' preferences over multiple sets of choices, which produces rich data sets and numerous data points from which to estimate the value of the attribute/feature of interest. Conjoint Analysis is conducted in a survey setting where demographic, socio-economic, and general decision-making processes and preference information about the product in question collected and integrated into the estimation process. The particular strength of Conjoint Analysis is the fact that the stated preferences are derived from indirect questions where study participants are shown choice sets with varying attributes at different price points without being explicitly asked to name a price for a specific attribute, thereby avoiding the pitfalls of strategic responses in direct questioning.

62.     Revealed Preference based approaches observe actual purchases by consumers or published prices and infer from that information the decomposition of the overall price of the composite product into its constituent attributes. This is most often accomplished by using hedonic pricing models where the actual transaction prices of the composite product with varying attributes is regressed on the specifications of the composite product. The regression coefficients are then interpreted as the implicit market prices of each attribute. The Hedonic Pricing approach was

**DECLARATION OF STEFAN BOEDEKER**

developed by Andrew Court[19] in 1939 and expanded by Zvi Griliches[20][21], Sherwin Rosen[22], Jack Triplett[23][24], Robert Feenstra[25] and many others.

63.    The Hedonic Pricing Approach assumes a utility function as first described by Lancaster, in which the utility derived from a certain product is a function of its attributes. When consumers can choose the level of each attribute they will consume more of a specific attribute until the marginal utility equals the marginal increase in the price of the product, which is also called the implicit price of the attribute.

64.    On the supply side, it is assumed that the production cost function is also dependent on the various attributes. Under perfect competition, the manufacturer will increase the level of each attribute until the marginal cost of the attribute is equal to the marginal increase in price that the manufacturer can achieve in the market.

65.    In market equilibrium with perfect competition, the marginal cost of the attribute is equal to the marginal utility and the implicit price of the attribute. This relationship can be used to extract from observable market prices and attribute levels the implicit price of a specific attribute. The implicit price of the attribute is equal to the partial derivative of the hedonic price function to the attribute. The hedonic equation can be estimated from market data, where the observed price of the composite product is a function of the vector of the descriptive attributes

[19]   Court, Andrew T. (1939), "Hedonic Price Indexes with Automotive Examples", in: The Dynamics of Automobile Demand, New York, NY: General Motors Corporation, pp. 99-117.

[20]   Griliches, Zvi (1961), "Hedonic Price Indexes for Automobiles: An Econometric Analysis of Quality Change", in: Price Statistics Review Committee, National Bureau of Economic Research, The Price Statistics of the Federal Government: Review, Appraisal, and Recommendations, General Series No. 73. New York, NY: National Bureau of Economic Research, pp. 173-96, reprinted in Zvi Griliches, Technology, Education, and Productivity, Oxford: Basil Blackwell, 1988, pp. 76-104.

[21]   Griliches, Zvi (1990), "Hedonic Price Indexes and the Measurement of Capital and Productivity: Some Historical References", in: Ernst R. Berndt and Jack E. Triplett (eds.), Fifty Years of Economic Measurement: The Jubilee of the Conference on Research in Income and Wealth, National Bureau of Economic Research Studies in Income and Wealth, Vol. 54. Chicago: University of Chicago Press, pp. 185-202.

[22]   Rosen, Sherwin (1974), "Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition", Journal of Political Economy, 82(1) (January-February), pp. 34-55.

[23]   Triplett, Jack E. (1969), "Automobiles and Hedonic Quality Measurement", Journal of Political Economy, 77(3) (May-June), pp. 408-17.

[24]   Triplett, Jack (2006), Handbook on Hedonic Indexes and Quality Adjustments in Price Indexes: Special Application to Information Technology Products, OECD Publishing, Paris. DOI: http://dx.doi.org/10.1787/9789264028159-en

[25]   Feenstra, Robert C. (1995), "Exact Hedonic Price Indexes", Review of Economics and Statistics, 77(4) (November), pp. 634-53.

**DECLARATION OF STEFAN BOEDEKER**

and the implicit price vector. The Hedonic Pricing approach requires information about descriptive attributes of the product, information on the prices paid by consumers for the products and information on volumes sold. Often, this information is derived from transactional data.

66.     At this time, I have not undertaken a hedonic regression analysis here for two reasons:

    a.   I believe a choice-based conjoint methodology is an appropriate approach in this case to estimate the values of the individual attributes and features in question to assess the extent to which the allegedly false and/or deceptive claim at issue (i.e., that Kona beer is brewed in Hawaii), resulted in a loss of utility to the consumers, and thus created economic losses to the members of the class.

    b.   At the time when I conducted the empirical study underlying this report I did not have data available to me with sufficient granularity suitable to perform a reliable hedonic regression analysis.

67.     However, I could perform this analysis in the future. I am further informed that sales data for the beer market sufficient to perform a hedonic regression analysis exists. Once the data is available, the correct specification of the regression model will be derived by testing if a linear, semi-log or log-log approach is the best fit of the data. In the linear approach, the coefficient of the attribute in the regression equation is equal to the change in market price of the composite product due to a change in the attribute level by one unit. In the log-log approach, the coefficient of the attribute in the regression equation can be interpreted as an elasticity. The percentage change in the price of the composite product is equal to the percentage change in the level of the attribute. Researchers often choose the log-log approach when the marginal utility or the marginal cost of production change with the level of the attribute. Most computer programs have built-in modules to develop computer code that can process large amounts of data to specify and estimate the appropriate regression model. The two computer programs, SAS and Mathematica, which I use frequently do have the capability to run regression models efficiently, fast, and reliably.

**DECLARATION OF STEFAN BOEDEKER**

68.    I reserve all rights to conduct a hedonic regression analysis as may be appropriate at a later point.

# 4   Methodology of the Empirical Study

## 4.1   Conjoint Analysis – Methodology

69.    Conjoint analysis is widely used in market research and is discussed in depth in the market research literature.[26] Over 14,000 commercial applications of Conjoint Analysis are estimated to take place each year.[27] Vithala Rao's book, *Applied Conjoint Analysis*, gives numerous examples of the widespread use of Conjoint Analysis including, but not limited to, several high-profile applications by large corporations and large public agencies such as (i) Microsoft for pricing newly released software products, (ii) Proctor & Gamble for consumer-goods pricing and new product development, (iii) Marriott Corporation for the development of the Courtyard hotel brand, and (iv) T-Mobile for developing optimal cellular plans. Conjoint Analysis was also integral to the development of the EZPass electronic toll collection system by regional transit agencies in New York and New Jersey in the 1990s.[28]

70.    The general idea behind Conjoint Analysis is that consumers' preferences for a particular product are driven by features or descriptions of features embodied in that product. Conjoint Analysis is a set of econometric and statistical techniques that have been developed to study consumers' decision-making processes, determining trade-offs between products, features, and price, as well as quantifying consumers' gains and/or losses of utility when choosing between different alternatives. By simulating real world and/or hypothetical choices between product features and prices under different levels of information, Conjoint Analysis is ideally suited to model the impact of different choice scenarios on a consumer's utility function.

71.    The data required for a Conjoint Analysis are collected in the setting of a survey where survey participants are shown product profiles with different levels of each attribute. The survey participants are consumers who currently are or recently have been in the market for the

---

[26]    *See*, for example: Rao, Vithala, Applied Conjoint Analysis, Springer-Verlag, 2014.
[27]    Orme, Bryan K, Getting Started with Conjoint Analysis: Strategies for Pricing Research, 2nd ed., Madison: Research Publishers, 2005.
[28]    Rao, Vithala, Applied Conjoint Analysis, Springer-Verlag, 2014, Chapters 6.4 and 6.5.

**DECLARATION OF STEFAN BOEDEKER**

product of interest – in this case, beer products. After reviewing a set of choice menus of product attributes and their levels, survey participants are then asked to indicate their preferences for those profiles. The product profiles include choice options for different price points for each set of features on the choice menu.

72.     After the completion of the survey, the Conjoint Analysis uses data from the survey on the attribute levels of the product profiles shown, and the resulting preferences or choices of respondents, to decompose the respondents' preferences for a product into the partial contribution of these attribute levels ("part-worths") using appropriate statistical methods. The statistical models used in my analysis – Mixed Logit Models and Hierarchical Bayesian Estimation – will be discussed in more detail in Section 6 "Economic Loss Model." These statistical estimation techniques quantify the part-worths for feature levels such that the resulting estimated part-worths best predict respondents' preferences or choices from the survey. By adding up the part-worths by respondent for different attribute levels one can determine the share of respondents that would have purchased the product made up of the different levels of each attribute and a given price.

73.     The price reduction needed to compensate for the loss of a feature, or the additional price customers would pay for the inclusion of a feature can then be calculated and a variety of choice situations and trade-offs between choices can be modeled and their outcomes can be precisely quantified. The precision, and thus the reliability, of the resulting estimations depends on the number of survey participants. The more respondents take part in the survey, the more precise the resulting predictions are.

74.     For this assignment, I applied a form of Conjoint Analysis known as Choice-Based Conjoint Analysis ("CBC"). In CBC, study participants are shown sets of product profiles (called "choice sets" or "choice menus") and are asked to choose the profile that they would prefer to purchase if the choice menu offered would describe the only products that were available to them. CBC survey methods closely mimic real-world purchase processes.[29] Conjoint Analysis allows for the prediction of the probability that a respondent will choose any product

---

[29] Orme, Bryan K, Getting Started with Conjoint Analysis: Strategies for Pricing Research, 2nd ed., Madison: Research Publishers, 2005.

**DECLARATION OF STEFAN BOEDEKER**

profile that is described by the part-worths and can do so for any competitive set of products.[30] Based on the estimations, it is also possible to simulate how choice shares would change in a market based on a change in overall price. CBC enables us to determine the difference in value (both, measured in dollars or as a percentage of the purchase price in the Actual World) that customers place on a beer product that represents — for example — that it is brewed in Hawaii compared to a beer that is not brewed in Hawaii.

### 4.2    Statistical Estimation Techniques Applied in Conjoint Analysis

75.    The underlying econometric and statistical estimation techniques of the Conjoint Analysis are based on Mixed Logit models and Hierarchical Bayesian Estimation techniques, which are widely employed in economics and marketing research to analyze preferences over a discrete set of choices.[31]

76.    Mixed Logit models are based on the idea that each consumer assigns a utility to each choice, and this utility measures the attractiveness of each choice. These utility values are correlated with the attributes of the actual choice (for example, adding an indicator that a product is from a specific origin to an otherwise identical beer product where it is known to the consumer that the claim is not true) and the price associated with that choice. The utilities are also correlated with observable characteristics of the consumers making the choice (such as their age or income).

77.    The utility of each product consists of two components – a deterministic component and a random component. The deterministic component can be modeled by observable factors such as socio-economic and demographic characteristics of the consumers, product features, and market conditions. In general terms, the random component summarizes all the unobservable factors in the individual consumer's choice process. In Mixed Logit models, the random component is expressed through a logistic distribution function. Together with the observable

---

[30]    Allenby, Greg M & Peter E Rossi, "Hierarchical Bayes Models," in Grover, Rajiv & Marco Vriens, eds., The Handbook of Marketing Research, Thousand Oaks: Sage Publications, Inc., 2006.

[31]    Underlying the Mixed Logit is a model of random utility. Berkeley economics professor Daniel McFadden developed the random utility model in the 1970s while working as a consultant on the design of the Bay Area Rapid Transit (BART) system in California. This work won McFadden the Nobel Prize in 2000. *See* Hal Varian, Intermediate Microeconomics, 8th Ed, 2009, Page. 68.

**DECLARATION OF STEFAN BOEDEKER**

factors, this distribution function is used to predict the probability that a particular choice is made.[32]

78.     Once shown a menu of choices of different levels of attributes and different price alternatives, the consumer then chooses the one choice in the menu that yields the highest utility from that menu of choices.[33] Observing consumers' choices from various choice menus enables one to estimate the relative value consumers place on one attribute over another.

79.     Price is included as an attribute, which allows for the estimation of the value of an attribute relative to price – that is, the dollar value of the willingness-to-pay for that attribute. In fact, the willingness-to-pay for an attribute is the negative ratio of the attribute's coefficient to the price coefficient in the underlying choice model.[34]

80.     Bayesian statistics is a field of statistics where the underlying model parameters are assumed to be random variables rather than fixed quantities. Bayesian modelling is based on assigning prior probability distributions to any unknown parameters. In this case, the unknown parameters to be estimated are the part-worths of the attributes of a composite product derived from the choice sets in the conjoint analysis. These parameters are estimated by a technique referred to in the literature as Hierarchical Bayesian Estimation.[35]

81.     In Hierarchical Bayes Estimation ("HBE"), the parameter estimates are derived in a two-step hierarchical approach. At the higher level, the individual consumers' part-worths are assumed to follow a specified distribution (like multivariate normal distribution or log-normal distribution). At the lower level, it is assumed that the individual consumers' choice probabilities can be described by a model, such as a Mixed Logit model. Initial estimates of part-worth are estimated for each study respondent to use as a starting point. New estimates

---

[32]  *See*, for example: Rao, Vithala, Applied Conjoint Analysis, Springer-Verlag, 2014, Chapter 4, for a detailed discussion of the use of mixed multinomial logit models in choice based conjoint studies.

[33]  *See* Figure 12 for an example of what a choice menu might look like where a respondent is presented a menu with five choices of combinations of features. Afterwards respondents are asked whether they would purchase the preferred option

[34]  Train, Kenneth E., "Discrete Choice Methods with Simulations," Cambridge University Press; 2nd edition, 2009. Chapter 12 gives a detailed derivation of the Bayesian approach applied in this report.

[35]  *See*, for example: Rao, Vithala, Applied Conjoint Analysis, Springer-Verlag, 2014, Chapter 4.11, for a detailed discussion of the use of Hierarchical Bayesian Estimation in choice based conjoint studies.

**DECLARATION OF STEFAN BOEDEKER**

are updated using an iterative process called "Gibbs Sampling" and "Metropolis Hastings Algorithms."[36] This process is typically repeated thousands of times whereby in each iteration, an estimate is made for each parameter, conditional on current estimates of the others. After many iterations, this process converges to the correct estimates for each of the parameters.

82.     The HBE method combines random effect specifications at the aggregate level to account for variation across individuals and specific modelling of choice probabilities at the individual level. With market simulations, the performance of competing alternatives can be evaluated.

# 5   Empirical Study

## 5.1   General Survey Methodology

83.     Unlike in accounting where "Generally Accepted Accounting Principles" (GAAP) include the standards, conventions, and rules that accountants follow in recording and summarizing financial data in an audit for the preparation of financial statements there is not one authoritative list of such generally accepted principles for survey methodology and its proper application. In survey sampling there is no one-size-fits-all solution.  However, various authors[37] and different professional organizations[38] have agreed what is necessary to properly design and implement surveys, and then statistically analyze their results such that reliable and valid conclusions can be drawn and applied to a broader universe.

84.     Before I will present and discuss the results of the survey that I designed and conducted I will give an overview of general survey methodology. Obtaining data through surveys is a frequently used data collection tool. In general, survey research has to go through the following three steps to yield meaningful and reliable results:

---

[36]  Rao, Vithala, Applied Conjoint Analysis, Springer-Verlag, 2014, Page. 168.
[37]  There is voluminous literature about survey research defining the relevant steps in proper survey research.  T he following two books are excellent resources:
    a.   Handbook of Survey Research, J. Wright, P. Marsden, 2nd Edition, 2010.
    b.   Survey Methodology (Wiley Series in Survey Methodology), Robert M. Groves, Floyd J. Fowler Jr., Mick P. Couper, James M. Lepkowski, Eleanor Singer, Roger Tourangeau, 2nd Edition, 2009.
[38]  See, e.g., American Association for Public Opinion Research ("AAPOR") – www.aapor.org; American Statistical Association ("ASA") – www.amstat.org.

**DECLARATION OF STEFAN BOEDEKER**

    a.  Survey Design;

    b.  Survey Implementation; and

    c.  Statistical Analysis and Presentation of survey results.

85.  Each survey must be designed properly, implemented correctly, and the data obtained through the survey must be analyzed using the appropriate and correct statistical methodology. The proper design of a survey requires the following steps:

    a.  State goal/purpose of survey;

    b.  Define universe;

    c.  Identify sampling frame;

    d.  Determine survey methodology (mail, telephone, internet, etc.) and selection of survey respondents;

    e.  Determine adequate sample size;

    f.  Develop questionnaire/survey questions; and

    g.  Conduct a pre-test/pilot or perform research to obtain additional information to potentially improve the survey.

86.  Once the design process has been completed, the chosen design has to be correctly implemented. In this phase the following items have to be considered:

    a.  Approach selected survey respondents.

    b.  Conduct actual online survey.

    c.  Record and tabulate collected data.

87.  Finally, the purpose of each survey is to collect data to answer certain questions, or in more statistical terms, test certain hypotheses. Once the survey has been conducted, it is of utmost importance to prepare the data for further statistical analysis, and then apply the correct statistical methodology to ensure that the survey results are reliable. In particular, the following steps have to be performed:

**DECLARATION OF STEFAN BOEDEKER**

    a.   Check raw data for errors and inconsistencies;

    b.   Identify erroneous responses;

    c.   Conduct a statistical summary of cleansed raw data;

    d.   Answer questions/test hypotheses; and

    e.   Compile a summary of results and report.

**5.2    Surveys/Empirical Studies Using Internet Panels**

88.    I commissioned a survey company called Amplitude Research ("Amplitude") to program and host the questionnaires of my design and then provide me with the raw data to analyze the preferences and choices of consumers who have purchased certain beer brands in the past 12 months.

89.    Founded in 2002, Amplitude Research® is one of the top mail, telephone and online survey companies serving clients throughout the United States, Canada, South America, and Asia. Clients include commercial, educational and governmental organizations. Amplitude Research® is a member of the American Marketing Association (AMA), Marketing Research Association (MRA), Interactive Marketing Research Organization (IMRO), and Marketing Research Association of South Florida, and adheres to the professional guidelines for survey companies applied by these organizations. Amplitude Research is also A+ Rated by the Better Business Bureau.[39]

90.    Amplitude conducted the surveys as internet panel surveys. In my experience, internet-based surveys can provide reliable results and can have some advantages over other recruiting methodologies.  Over the last decade, internet surveys have increasingly gained popularity and acceptance, including in litigation.

91.    Current research suggests that the increased use of internet surveys has great advantages over other traditional methods.  For instance, studies have found that computer data collection yields higher concurrent validity, with less chances of participants framing answers to attempt to please the questioner, and less random measurement error when compared to mall intercept

---

[39]   http://www.amplituderesearch.com/survey-company.shtml.

**DECLARATION OF STEFAN BOEDEKER**

studies and telephone surveys.  Internet surveys also allow for broad geographic reach to areas where surveying via mall intercept or other face-to-face methods would not be feasible.[40] Well-executed internet survey research is regularly accepted by courts.[41]

92.     Moreover, internet surveys have become a fixture in the corporate world.  According to the Global Research Business Network, internet surveys now account for more than a quarter of global market and social research revenues. In many of the world's top research markets, internet surveys are now the primary means of research.[42]

93.     The efficacy of internet based surveys benefits from large internet panels by specialized market research firms.  These firms employ trained professionals who program, administer, and quality control the surveys to increase the quality of the results.

94.     A frequent point of criticism of internet surveys is the fact that they typically do not conform with the requirement for statistical random samples which states that for every individual in the target population, the selection probability must be a known number greater than zero and, therefore, no inference can be drawn about the precision and/or margin of error of the study.

95.     However, advanced statistical methods can be applied to compute model-based approximate confidence intervals for well-designed and well-balanced non-probability samples.  In 2016, the American Association of Public Opinion Research ("AAPOR") issued a guidance paper on "Reporting Precision for Nonprobability Samples"[43] which details approaches and reporting guidelines when precision calculations are performed for non-probability samples.  I discuss in more detail in Section 6.3 how I applied the re-sampling method known as bootstrapping to obtain precision estimates and approximate confidence intervals at the customary 95% level for the results from my study. The bootstrapping methodology has been endorsed as a valid approach by AAPOR.

---

[40]   *See* "Reference Guide on Survey Research," S.S.  Diamond, *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center, 2011, Page 401. Additionally, online surveys have advantages in terms of efficiency and cost.

[41]   "Why Online Surveys Can Be a Smart Choice in Intellectual Property Litigation," B. Isaacson et al., IPL Newsletter (ABA Section of Intellectual Property Law) Vol. 26, No. 3, 2008.

[42]   http://fortune.com/2015/09/16/online-survey-companies-law-firms/.

[43]   AAPOR Guidance on Reporting Precision for Nonprobability Samples - https://www.aapor.org/getattachment/Education-Resources/For-Researchers/AAPOR_Guidance_Nonprob_Precision_042216.pdf.aspx.

**DECLARATION OF STEFAN BOEDEKER**

96.    In summary, properly designed and well-executed internet surveys have increasingly gained acceptance and can be used to draw valid statistical inferences about the target population.

97.    As described above, the empirical study includes a CBC module which is designed to quantify the value that consumers assign to common Drive attributes/features.  Amplitude administered the survey and the empirical study via an online panel.  Through discussions with Amplitude personnel, it is my understanding that Amplitude follows accepted standards regarding:

  a.   Survey panelist recruiting;

  b.   Strategic partnerships with other market research firms;

  c.   Use of advanced software and technology;

  d.   Use of proprietary survey completion time tracker;

  e.   High quality filtering system to track respondent information and respondent behavior to deliver the highest quality sample;

  f.   Best practices of quality control - including removal of sign-ups who provide inconsistent demographic information, GeoIP lookups at time of registration and, most importantly, periodic use of mailed survey awards for U.S. panelists to verify street addresses;

  g.   Data tabulation and recording; and,

  h.   Survey participation validation.

98.    As is standard survey practice for surveys used in litigation proceedings, the surveys were conducted in a "double-blind" fashion,[44] that is, neither the staff at Amplitude nor the respondents were aware of the survey sponsor or the ultimate intention of the survey. Additionally, the data collection and initial tabulation was automated and concurrent with answering the online questionnaire.

---

[44]    Diamond, Shari, S. (2012) "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, Pages 410-411.

**DECLARATION OF STEFAN BOEDEKER**

99.  To ensure that the data generated by the survey are of the highest quality, it is my understanding that Amplitude implemented additional quality control measures:

    a.  Respondents are required to enter their gender and age at the outset of the survey and if these data conflicted with the respondent information on file with Amplitude, the respondent are excluded.

    b.  Respondents who indicate that they did not understand or were unwilling to adhere to the survey instructions are also screened out of the survey.

    c.  Amplitude sends an individual link to the online survey by email. This link contains an embedded identification number to ensure that only invited respondents can answer the survey and that each respondent can only complete the survey once, and that only one member per household can complete the survey.

    d.  The survey also includes a control measure to evaluate the extent to which respondents were involved in completing the survey. As a control, Amplitude relies on survey administration measures, which include review of each respondent's survey completion time, review of text field responses, straight-line testing, and other filtering techniques that filter automated responses and result in superior data as well as higher quality feedback.

100.  In this survey, there was no need for a CAPTCHA[45] because the respondents are web panelists. To be a participant in an Amplitude survey there is no open static link on a website or web page where participants can use computer programs to take a survey. Rather, each panelist is assigned a unique login combination that is randomly generated and then clicks on a unique link to access the survey.

---

[45]  A CAPTCHA (an acronym for "Completely Automated Public Turing test to tell Computers and Humans Apart") is a type of challenge-response test used in computing in general and in market research in particular to determine whether or not the user is human.

**DECLARATION OF STEFAN BOEDEKER**

### 5.3   Choice Based Conjoint Study

101.   From March 5 to March 27, 2018, Amplitude conducted the empirical study to understand how certain attributes impact preferences and choice behaviors of consumers with respect to the first component of my empirical study is comprised of the Choice Based Conjoint analysis based on a survey of 1,190 consumers. I divided the 1,190 respondents into a test group of approximately 300 purchasers of Kona products and a control group of approximately 890 purchasers of products from competing brands like Blue Moon and Sierra Nevada.

102.   Using the survey vendor's access to large online consumer panels, I targeted a demographically diverse group of respondents who have been recent purchasers of Kona and certain competing brands.[46] When recruiting survey participants, the survey vendor employed a method of balancing the survey participants based on demographics and socio-economic factors such as gender, age, income, and geographical region.

103.   Respondents were only included in the survey if they met the following criteria:

      a.   Respondent is 21 years or older;

      b.   Respondent resides in the United States;

      c.   Respondent has purchased a qualifying beer product in the past 12 months;

      d.   Respondent is not working in market research.

104.   My analysis confirms that the sample of participants is representative of the proposed class of California consumers and for U.S. craft beer consumers overall. The respondents from the consumer panel who received an invitation to participate from Amplitude and who accepted the invitation to start the survey/conjoint study starting the survey were selected using population benchmarks for selected demographic and socio-economic variables from the US Census Bureau to assure that the respondents starting the survey matched the US population by age (21 and over) and gender. This representative sample of participants was asked filter/screening questions to identify craft beer consumers in general and Kona beer consumers

---

[46]   These competing beers are: ███████████████████████████

**DECLARATION OF STEFAN BOEDEKER**

in particular. Therefore, the study participants constitute a sample that is representative for the target population of my survey/study.

105.    After qualifying for the survey, the participants responded to questions designed to elicit their thoughts about beer products. Further, they were asked which brand they recognized (Figure 8) and which brands they bought most recently (Figure 9, Figure 10).

### Figure 8:    *Beers Recognized by Survey Participants*



*Source: Conjoint Survey*

**[Space below left blank to accommodate formatting.]**

**DECLARATION OF STEFAN BOEDEKER**

*Figure 9:*    ***Beers Purchased by Survey Respondents***



*Source: Conjoint Survey*

*Figure 10:*   ***Beers Purchased by Survey Respondents, Who Purchased Kona Longboard or Kona Hanalei***

*Source: Conjoint Survey*

35

106.    Neither the respondents nor the survey vendor had any information on the context of the study or who commissioned it, and they were not informed that the data would be used in litigation, or more specifically, in this case.

107.    The next section of the survey was comprised of the actual CBC exercise itself. During this exercise, respondents viewed a choice sets, each containing a combination a specific beer, described by a photo of the bottle, its alcohol content, carbohydrates per bottle, calories per bottle, and brewing location, plus a price. I chose the following five price levels:

    a.  $10.99

    b.  $12.49

    c.  $13.99

    d.  $15.49

    e.  $16.99

108.    These prices are not necessarily the exact prices charged for Kona beer in the market. Three considerations determined the boundary of this price range:

    a.  Generally, the price range should cover realistic prices for the product. For example, a price of $1 would not be realistic as the typical retail price is far higher. Similarly, a price of $1,000 would also not be realistic.

    b.  Prices can be higher or lower than the prices of currently offered products as we test product attribute combinations that might not yet be available in the market.

    c.  In the case that we test the impact of false and misleading advertising, we determine the price for a product without the claim, which is currently not available in the market. Hence, in order to estimate a demand curve for the product without the advertised claim, we need to include prices both below and above the price points common in the market.

In my opinion, the price ranges from $10.99 to $16.99 complies with these considerations.

**DECLARATION OF STEFAN BOEDEKER**

This opinion is based on review of retail prices for various major retailers for the beers in the conjoint study (Figure 11).

### Figure 11    Selected Beers and Their Retail Prices as Published on the Retailers' Web Site in California[47]

| Beer | Retail Store WalMart | BevMo | Safeway | Ralphs | Vons | Food4Less |
|---|---|---|---|---|---|---|
| Kona Longboard Island Lager | | 13.99 | 13.88 | | 13.88 | 14.99 |
| Kona Hanalei Island IPA | | 17.99 | | | | |
| Sierra Nevada Torpedo Extra IPA | 11.5 | 16.99 | 16.99 | | | |
| Blue Moon | 14.78 | 13.99 | 13.88 | 15.99 | | 15.99 |
| Alaskan Brewery Company, Husky IPA | | | | | | |
| Goose Island Four Star Pils | | | | | | |
| Lagunitas IPA | | 14.99 | 16.99 | 19.99 | 16.99 | 14.99 |
| Lagunitas Pils Czech Style Pilsener | | | | | | |
| Maui Brewing Co Bikini Blonde | | | | | | |
| Maui Brewing Co Pilsener | | | | | | |
| Corona Extra | | 14.99 | | 15.99 | | 14.99 |
| Corona Light | | 14.99 | | 15.99 | | 14.99 |
| Samuel Adams Boston Lager | | 16.99 | 16.99 | 14.99 | 16.99 | |

*Source: https://www.walmart.com/;  http://www.bevmo.com/, https://www.food4less.com/, https://www.ralphs.com/, http://www.vons.com/, http://www.safeway.com/ (last visited 3/26/2018)*

109.    The CBC employed in the survey randomly assigned choices from all possible choices[48] with equal likelihood and with uniform frequency of each level of each attribute and each pair of attribute/level permutations. That is, the CBC design is *balanced* and *orthogonal*. Balanced and orthogonal surveys are commonly employed in CBC.[49] The importance of an orthogonal and balanced design lies in the fact that designs of this type are 100% efficient. Efficiency implies that the resulting estimations have the smallest mean squared error out of all possible

---

[47]   It is my understanding that the case may be focused on California. Therefore, it is reasonable to perform a price comparison in California.

[48]   There are 2 levels for the origin claim attribute for Kona beers, 14 beers, and 5 levels for the price. This yields 16x5 (or 800) different possibilities of combining the different levels of the attributes in the study.

[49]   Bakken, David & Curtis L Frazier, "Conjoint Analysis: Understanding Consumer Decision Making," in Grover, Rajiv & Marco Vriens, eds., The Handbook of Marketing Research, Thousand Oaks: Sage Publications, Inc., 2006, Chapter 15.

**DECLARATION OF STEFAN BOEDEKER**

designs.[50] The mean squared error measures the level of variation and, as such, the precision of the resulting estimates. The smaller the mean squared error of an estimate the more precise it is. As such, efficiency of a design is a measure of the information content of a design. Therefore, more efficient designs imply more reliable results.[51]

110.    Each choice set consists of five choices with various combinations of product attributes and prices as described above. After respondents choose their preferred option they answer the question whether they would actually purchase that preferred option. The following Figure 12 and Figure 13 below shows examples of choice menus. Each participant went through 12 such screens. Each screen shows randomly selected levels for each attribute. Therefore, Figure 12 does not necessarily show all levels for each attribute.

*Figure 12: Example of a CBC Choice Menu*



*Source: Amplitude Research*

---

50    The mean squared error (MSE) is calculated as the average of the squared distances between the estimator and what is estimated, or the "errors." Efficient designs are ones that minimize the MSE.
51    The standard error is the standard deviation of the sampling distribution of a statistic. A smaller standard error implies a smaller margin of error, which results in a tighter confidence interval around an estimate.

**DECLARATION OF STEFAN BOEDEKER**

*Figure 13: Example of a CBC Choice Menu*



*Source: Amplitude Research*

111.   It is a known phenomenon that choices presented earlier in a list of choices in a questionnaire are disproportionately likely to be selected.[52] This phenomenon is known as order bias. To avoid order bias in my study, the alcohol content, the location of the brewery, the carbohydrates and the calories were shown in a different order, chosen at random, to each respondent – except for price, which is always shown last. The reason for showing price last lies in the fact that the respondents have to see the attributes of the product first to be able to make a decision for or against the purchase of a particular option. The order in which the different beers were shown was also randomized.

112.   I limited the number of attributes and choice options to address issues of fatigue and general ability of respondents to process information. In his seminal publication on conjoint analysis, Rao discusses the number of choices represented on one choice menu. He states that some

---

52   Krosnick, Jon and Duane Alwin, "An evaluation of a cognitive theory of response order effects in survey measurement," Oxford Journals Social Sciences Public Opinion Quarterly Volume 51, Issue 2, Pages. 201-219.

**DECLARATION OF STEFAN BOEDEKER**

authors believe that the number of cells on a choice menu (number of columns times number of rows) should not exceed twenty while others tend to favor the notion that respondents are not hard pressed to process more pieces of information.[53]

113.   In this study I chose the beer brands and did not further vary the brewery location except for the two Kona beers. Respondents were able to review the alcohol content, the calories and the level of carbohydrates in addition to the brewery location. However, I did not further vary the levels of these attributes from the original composition of each respective beer.  Instead, I showed these attributes besides the brewery location to prevent focalism which may create a bias in the results if the survey design willingly or unwillingly directs respondents towards a specific issue.

114.   In the selection of Kona beers for the study, I focused on beers that are brewed year-round and that are available in all of the contiguous United States. I picked two beers that are brewed year-round and that in my understanding are popular core Kona beers. One of the two beers, Kona Longboard Island is a lager, while the other Kona Hanalei Island is an IPA. Several documents from Kona provided during discovery list Kona's competitors.[54]  From these documents I compiled a list of competitors, some of which have a regional background, like Alaska Husky, while others are import or craft beers, like Corona or Sam Adams.

115.   There is also substantial reason for including the brewing location as an attribute in my conjoint survey. First, ███████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████  Second, Plaintiffs' counsel has provided me with a report from another expert who conducted a perception/materiality survey measuring the impact of the alleged false or deceptive representations. The results of that survey show that approximately 71% of California consumers and 72.2% of non-California U.S. consumers believe Kona beers are made in Hawaii based on the challenged representations, and further, that this belief impacts the purchasing decision for approximately 77.2% of those California consumers and 72.2% of those non-California U.S. consumers. Thus, empirical evidence

---

[53]   Rao, Vithala, Applied Conjoint Analysis, Springer-Verlag, 2014, Pages 132-133.
[54]   CBAKONA00011621, CBAKONA00009413-9416

**DECLARATION OF STEFAN BOEDEKER**

indicates that the brewing location is not only an important factor in a beer consumer's decision process but that the brewing location of Hawaii is preferred by the majority of consumers for an otherwise identical Kona beer.

116. I had no involvement in the perception/materiality survey, nor did the expert who conducted that survey play any role in my survey design or analysis, other than the information listed above, which was provided to me by Plaintiffs' counsel.

# 6   Economic Loss Calculation

## 6.1   Four-Step Estimation Process

117. As described above, I designed a choice based conjoint study to assess if giving the consumer the information at the point of purchase that Kona beer is made in Hawaii is false and/or deceptive would lead to a downward shift of the demand curve.

118. I applied the following four-step estimation process to determine the economic loss associated with purchasing a product where the claim made turns out to be false:

   a. Step 1: Based on the results from the CBC analysis, compute individual utilities for each respondent for each attribute and each level in the study.

   b. Step 2: Construct the demand curves for the product in the actual world and the but-for world.

   c. Step 3: Quantify the drop in consumer demand and the corresponding economic loss that the purchasers experienced because they were unaware at the point of purchase that the claim is false.

   d. Step 4: Conduct market simulations to assess the drop in demand for a large variety of product combinations.

119. In Step 1, I utilize a software program called Sawtooth to compute utilities for the attributes and the levels for each attribute in the study. The Sawtooth software applies the Hierarchical Bayesian Estimation technique explained above to compute individual utilities for each respondent and aggregate utilities for all levels and attributes in the study. The Sawtooth

41

software allows the researcher to specify the models in different ways. One important feature is a constraint that specifies the model in a fashion that higher prices are always associated with a lower utility.

120. This so-called monotonicity constraint refers to a property of the utility estimates. Without the monotonicity constraint, the utility estimates may yield higher numerical values for levels that seem to be lower in utility for some individuals, and thus seemingly indicate "illogical" consumer choices.

121. However, this behavior can be explained by the fact that the "rational economic consumer" is only a postulate or an assumption in theoretical economics while in the "real" world not all variables affecting consumer choices can be measured, and therefore, consumers often do exhibit seemingly irrational behavior. For example, I may stop at a gas station that charges $0.20 more per gallon because I am already running late on my way to work and this particular gas station is the one I can get to easily without detour. While it may seem irrational to pay more for gas, the convenience factor in this example cannot be measured and quantified.

122. The Sawtooth software allows the researcher to "smoothen" the utility estimates in a way that higher price levels for a specific attribute combination are always associated with a lower utility value. This feature ensures that not only aggregated consumer choices, but also individual consumer choices are always associated with decreasing utility values for increasing prices. This can be accomplished by building a so-called monotonicity constraint into the model. When using a monotonicity constraint, the demand curves are smoother, and therefore, the resulting market simulations have fewer extreme data points making the damages estimates on average lower.

123. In Step 2, the utility estimates are applied to construct the demand curve for the product when the advertised claim is believed to be true by the consumer at the point of purchase. Further, I construct the demand curves for the other levels for an attribute of interest.

124. In Step 3, I quantify the drop in consumer demand and the new equilibrium price. Based on the degree of the downward shift of the demand curve, I can then calculate economic damages

**DECLARATION OF STEFAN BOEDEKER**

to the members of the putative class based on their purchase of the product with the false claim.

125. In Step 4, I conduct market simulations to assess if economic damages exist in a wide variety of market conditions.

## 6.2   Market Simulations in Conjoint Analyses

126. To assess the robustness of the demand curve estimation under a variety of market conditions, I perform a comprehensive market simulation study using the individual part-worths that I have estimated from the conjoint study using the Hierarchical Bayesian Estimation methodology. In my market simulations, I use the attributes and levels defined in the conjoint study.

127. The Hierarchical Bayesian Estimation of the parameters of the underlying Mixed Logit choice model yields estimates of individual part-worth utilities for each respondent for each level of all attributes in the conjoint study.

128. Market simulations are an important tool to convert the part-worths from the conjoint study into monetary measures reflecting consumer preferences and choices. In general, different permutations of product attributes and levels of those product attributes are applied in a market simulation to assess the respondents' choice probabilities for different combinations of product attributes and the resulting economic loss.

129. In general, conjoint studies lead to a set of part-worths that quantify respondents' preferences for each level of each attribute. These part-worths can be analyzed to assess how the respondents react to changes in the product attributes at different price points.

130. The market simulation consolidates the preferences and choices for all respondents which enables us to answer questions about preference and likelihood of choice when attributes and levels of product attributes are changed.

131. By using the individual part-worths, it is possible to determine the demand curve for any specific combination of product attributes and their levels for different price points. When the question needs to be answered if and how the change in the level of a particular attribute

**DECLARATION OF STEFAN BOEDEKER**

changes the demand curve then two demand curves can be calculated – the first one for a specific set of levels and attributes and a given price and the second one where the product attributes and price are identical but one level of one attribute is different. The measured shift in the demand curve, if any, can then be attributed to the changed level. Based on the change in demand curves, if any was found, it is then possible to determine the change in price that would be necessary to reach the same demand for the product where a level in one of the attributes was changed.

### 6.3   Quantification of Economic Loss Based on Conjoint Analysis Supported by Market Simulations

132.   The estimated willingness-to-pay using this method is derived from the utility that respondents gain from purchasing a Kona beer that claims to be brewed in Hawaii compared to obtaining an otherwise identical Kona beer that does not make that claim. To be clear, this value is *not* an average value that would be different for all class members – rather, it is the equilibrium price calculated based on consumers' responses to varying choice menus in the Conjoint Analysis designed to derive one numerical figure to value the claim. The interpretation of this figure is the amount consumers paid when purchasing a Kona beer making a particular claim compared to an otherwise identical Kona beer without such a claim.

133.   The conjoint analysis allows the researcher to estimate a demand curve for a specific combination of attributes. Based on the monotonic property of the price part-worths, interpolation between the price-market share combinations allows the researcher to estimate the demand curve for market shares from 0 to 100 and every price between a discrete range. A change in the level of one or more of the attributes would result in a different demand curve.

134.   *Ceteris paribus*, when we assume the but-for world where the consumer is told about the falsity of a particular claim, the levels of the attributes change, and the Kona beer becomes less attractive to consumers and the demand curve shifts downward.

135.   In economic theory, a negative price is associated with bads – the opposite of goods.[55] In simple terms, the consumption of a bad is associated with negative utility for the consumer,

---

[55]   Hal R. Varian, Intermediate Microeconomics, 8th Edition, 2009, Page 41.

**DECLARATION OF STEFAN BOEDEKER**

which will be reflected in the consumer's willingness-to-pay. A simple example will illustrate the concept of an economic bad in context of price and willingness to pay: Assume that a vendor operates a stand at mile marker 13 during a marathon race where she sells bottles of water for $5 and that this vendor is the only one selling water bottles at mile marker 13. The bottles of water at the price of $5 constitute the supply of water bottles at that particular location. All runners who at that moment in time would assign a subjective value greater than or equal to $5 to the bottle of water will become purchasers while all runners who at that moment in time would assign a subjective value smaller than $5 to the bottle of water will not purchase the bottle of water. Therefore, the subjective value itself does not matter and does not need to be measured accurately. The fact that one runner may assign a subjective value of $100 is completely irrelevant because this runner will pay the asking price of $5.

136.    Let's now assume that the bottles sold by the vendor really contain clear vinegar and the vendor would tell the runners that the label on the bottle indicating that it is water in the bottles is wrong because the bottles really contain vinegar. It can safely be assumed that in the situation of a marathon race vinegar is a less desirable liquid and the demand curve for vinegar would be downward shifted from the demand curve for water.

137.    Every runner who paid $5 for the bottle labeled as "water" which actually contained vinegar suffered an economic loss. However, the loss is not calculated as the difference between the assigned subjective value of the water bottle and the assigned subjective value of the bottle filled with vinegar. Much rather, the economic loss is the difference between the price paid (i.e., $5) for the bottle and the price that would have been paid for a bottle of vinegar in this situation.

138.    While vinegar may be perceived as an economic good with a positive utility associated with its consumption, it is entirely possible if not likely that there would not be any demand for a bottle of vinegar during a marathon race and vinegar would turn from an economic good into an economic bad. Therefore, the true market value of a bottle of vinegar is irrelevant if the consumers have been led to believe that they are purchasing water.

139.    In cases where consumers view a product as an economic bad (like a bottle of vinegar during a marathon race), the economic loss suffered can be equal to or larger than the purchase price.

**DECLARATION OF STEFAN BOEDEKER**

Therefore, the argument that large values for the economic loss would render the damages model unreliable is simply incorrect and unfounded. We all know the colloquial expression "You would have to pay me money to buy that" – this expression has a theoretical foundation in economic theory and a technique like choice based conjoint analysis can be utilized to quantify the economic loss.

140.   As shown in theory in Figure 7, in order to make consumers whole after they had been harmed by false advertising, we need to shift the demand curve in the but-for world vertically so that we reach the actual market equilibrium on the actual demand curve.

141.   The market simulation results show the market share for a Kona product that is advertised (for example) with the claim that it is brewed in Hawaii and sold at a set price in the actual world. The conjoint analysis indicates that consumers would pay a lower price for the same Kona product not brewed in Hawaii to achieve the same market share. Therefore, this result clearly indicates that the removal of the attribute represented (e.g., brewed in Hawaii) has turned the product into a less attractive product for the marginal consumer.

142.   Assuming price points within the range of the conjoint study as close as possible to the average prices per 12-pack compiled in Figure 11,[56] Figure 14 shows the demand curves of Kona purchasers for Kona Longboard when brewed in Hawaii (blue dots and dark gray demand curve) and when brewed in Tennessee (orange dots and light gray demand curve). At a price point of $10.99, consumers would require a compensation of 9.2% of the purchase price to be made whole.

---

[56]   For this analysis I chose the following retail prices for the competing brands: SierraNevada - $15.49, BlueMoon - $13.99, Alaska Husky - $16.99, Goose Island - $16.99, Lagunitas IPA - $16.99, Lagunitas Pils - $16.99, Maui Blonde - $16.99, Maui Pils - $16.99, Corona - $15.49, Sam Adams - $16.99.

**DECLARATION OF STEFAN BOEDEKER**

***Figure 14    Demand for Kona Longboard Brewed in Hawaii and Brewed in
Tennessee – Class Members (Kona Purchasers Only)***



*Source: Conjoint Survey*

143.   Figure 15 shows the same demand for respondents who do not purchase Kona beers. Although
at 4.4% the economic loss is smaller, the figure demonstrates that respondents, who have not
purchased Kona in the past twelve months, would also value a Kona beer brewed outside of
Hawaii less than a Kona beer brewed in Hawaii.

***Figure 15:   Demand for Kona Longboard Brewed in Hawaii and Brewed in
Tennessee – Non-Class Members (Non-Kona Purchasers Only)***

*Source: Conjoint Survey*

47

**DECLARATION OF STEFAN BOEDEKER**

144.   With the assumptions on prices for the other beers in the survey based described above, I can compute the economic loss for five different price points and the two Kona beers in the survey and the five price points in the conjoint analysis, resulting in an average economic loss of 12.7%.[57] Using the average economic loss, class-wide damages can now be calculated simply by multiplying total sales with the product of the average prices and the average economic loss percentage.

145.   In my market simulations, I have varied the levels of attributes and prices, resulting in a discrete number of possible combinations. For each attribute combination, I computed two demand curves to assess if a drop in the demand curve resulted in an economic loss for a set of price points.

## 7   Summary and Conclusion

146.   It is possible to develop a theoretical model that shows how the demand for a product changes when attributes and levels of attributes for that product change. To quantify the change in demand when the attributes of the product change (e.g., when claims about the product are false and misleading), it is possible to design a choice based conjoint study.

147.   I applied the well-established scientific methodology of Mixed Logit modeling and Hierarchical Bayesian Estimation to analyze the data from the efficiently designed choice based Conjoint Analysis. The results from the conjoint analysis can be relied upon to draw inferences about the value of claims to customers at the point of purchase and how such value will change when the claims are revealed to be false at the point of purchase.

148.   The conjoint analysis shows what respondents would have paid for a product without attribute falsely and/or deceptively claimed. This value can be used to determine if consumers suffered an economic loss and, if so, to calculate the economic damages if the Court decides that the claim at issue was false and misleading. In essence, the theoretical model proposed in this declaration measures the difference between the price paid and the value received by customers who purchased Kona beers under the assumption that they were brewed in Hawaii

---

[57]   I also calculated the median economic loss across which amounted to 12.8%. The fact that the median and the average economic loss percentage are nearly identical is an indication that the study results are robust and reliable.

**DECLARATION OF STEFAN BOEDEKER**

when in fact they were not. Sometimes this difference is also referred to as a price premium. In this case, the price premium equates to 12.7% of the average sales price.

149.    Lastly, I conclude that the method proposed and described in this report can be used to expand the results of the conjoint study to a complete model to calculate class-wide damages in the merits phase of this case by multiplying the percentage economic loss per unit as established above with the price and number of units purchased by class members during the class period. It has to be pointed out that the computation of economic losses as a percentage of the purchase price have the advantage that variations in the purchase price do not prevent the calculation of class-wide damages because any such variations are captured in the sales data.

150.    In addition, the model proposed in this declaration to compute class-wide economic losses can be expanded in the merits phase of this case to incorporate additional aspects if the Court deems this necessary. For example, economic loss calculations can be performed on a class-wide basis but also across different geographies (e.g., specific states) or for different time periods by obtaining the specific sales data for such geographies and time periods.

151.    The analysis and opinions contained in this declaration are based on information available as of the date of this declaration. I reserve the right to supplement or amend this declaration in the event additional information becomes available.

152.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of March 2018, at Los Angeles, CA.

_____
Stefan Boedeker

**DECLARATION OF STEFAN BOEDEKER**

# 8   References

Allenby, G., & Rossi, P. (2006). Hierarchical Bayes models: a practitioners guide *The Handbook of Marketing Research* (pp. 607-670).

Bakken, D., & Frazier, C. L. (2006). Conjoint analysis: Understanding consumer decision making *The Handbook of Marketing Research* (pp. 607-670).

Diamond, S. S. (2011). *Reference guide on survey research* (3rd ed. Vol. 221).

Isaacson, B., Hibbard, J. D., & Swain, S. D. (2007). Why Online Consumer Surveys Can be a Smart Choice in Intellectual Property Cases. *IPL Newsl., 26*, 12.

Kuhfeld, W. F. (2006). Construction of efficient designs for discrete-choice-experiments *The handbook of marketing research, Uses, misuses, and future advances, Sage Publ., Thousand Oaks, Calif* (pp. 312-363).

Lancaster, K. J. (1966). A new approach to consumer theory. *Journal of political economy, 74*(2), 132-157.

Lisa Cameron, Michael Cragg, & Daniel McFadden, "The Role of Conjoint Surveys in Reasonable Royalty Cases," LAW360 (Oct. 16,2013), http://www.law360.com/articles/475390/the-roleof-conjoint-surveys-in-reasonable-royalty-cases) (last visited Mar. 24, 2017) (emphasis supplied).

Orme, B. K. (2005). *Getting started with conjoint analysis: strategies for product design and pricing research* (2nd ed.): Research Publishers.

Rao, V. R. (2014). *Applied conjoint analysis*: Springer Science & Business Media.

Train, K. E. (2009). *Discrete choice methods with simulation*: Cambridge university press.

Varian, H. R. (2010). *Intermediate Microeconomics: a Modern Approach* (8th ed.): WW Norton & Company New York.

**DECLARATION OF STEFAN BOEDEKER**