**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com

Timothy J. Peter (admitted *pro hac vice*)
101 Greenwood Avenue, Suite 600
Jenkintown, Pennsylvania 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-mail: tpeter@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
Email: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> CRAFT BREW ALLIANCE, INC., *et al.*, <br><br>    Defendants. | CASE NO.: 5:17-cv-01027-BLF <br><br> **DECLARATION OF SIMONE ZIMMER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

## DECLARATION OF SIMONE ZIMMER

1. I am one of the Plaintiffs in the above-captioned case. I have personal knowledge of the facts set forth in this declaration and could and would readily and competently testify under oath if called as a witness.

2. I understand that this declaration will be used in support of Plaintiffs' Motion for Class Certification.

3. Before I brought this case, I believed the Kona Brewing Co. beers that I purchased were brewed in Hawaii. I have since learned that they are brewed on the mainland. However, to this day, I have looked at the Kona Brewing Co. beers when grocery shopping and considered buying them, but have not done so, because I cannot rely with confidence on Craft Brew Alliance's representations regarding where the beers are brewed now or where they will be brewed in the future. I do know that Craft Brew Alliance is in the process of opening a much bigger brewery in Hawaii and therefore it could begin actually brewing canned and bottled Kona Brewing Co. beers there. I would buy the Kona Brewing Co. beers again in the future if I knew with confidence that they were brewed in Hawaii.

4. Because my own individual damages are relatively small, I could not afford the expense of an attorney, or other litigation costs, if this case did not proceed as a class action. I imagine that other Class members would have the same problem.

5. I am not aware of any personal interests that are inconsistent with those of the Class members that I seek to represent. In fact, I brought this class action lawsuit in order to stand up for the rights of other Class members in addition to my own.

6. I will consider the interests of Class members just as I would consider my own interests, and in some instances, I understand that I must put the interests of Class members before my own interests. I have participated in, and will continue to actively participate in, this lawsuit. I am prepared to testify at trial. Therefore, I believe that I can adequately represent the Class in this case.

//

//

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 6, 2018 at Rancho Cucamonga, California.

_/s/ Simone Zimmer_
Simone Zimmer

-3-
DECLARATION OF SIMONE ZIMMER ISO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION; CASE NO. 5:17-CV-01027