**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com

Timothy J. Peter (admitted *pro hac vice*)
101 Greenwood Avenue, Suite 600
Jenkintown, Pennsylvania 19046
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-mail: tpeter@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
Email: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRAFT BREW ALLIANCE, INC., *et al.*, <br><br> Defendants. | CASE NO.: 5:17-cv-01027-BLF <br><br> **DECLARATION OF THEODORE BROOMFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Theodore Broomfield, declare as follows:

1. I am one of the Plaintiffs in the above-captioned case. I have personal knowledge of the facts set forth in this declaration and could and would readily and competently testify under oath if called as a witness.

2. I understand that this declaration is being made in support of Plaintiffs' Motion for Class Certification.

3. When I purchased Kona Brewing Co. beers before bringing this lawsuit, I believed that they were brewed in Hawaii. I now know that they are brewed on the mainland rather than in Hawaii. I would buy the Kona Brewing Co. beers again in the future if I knew with confidence that they were brewed in Hawaii. However, to this day, while I see Kona Brewing Co. beers at the grocery store and consider buying them, I do not do so because I cannot rely with confidence on Craft Brew Alliance's representations regarding where the beers are brewed now or where they will be brewed in the future. I know that Craft Brew Alliance is in the process of opening a brewery in Hawaii and therefore could begin brewing Kona Brewing Co. beers there.

4. I would be willing to pay more for Kona Brewing Co. beer if it was actually brewed in Hawaii.

5. Because my own individual damages are relatively small, I could not afford the expense of an attorney, or other litigation costs, if this case did not proceed as a class action.

6. I am not aware of any conflicts of interest with the Class members that I seek to represent. In fact, I brought this class action lawsuit in order to stand up for the rights of other Class members in addition to my own.

7. I will consider the interests of Class members just as I would consider my own interests, and in some instances, I understand that I must put the interests of Class members before my own interests. I fully understand the responsibilities and obligations that go along with serving as a class representative in this case. I have participated in, and will continue to actively participate in, this lawsuit. I am prepared to testify at trial. Therefore, I believe that I can adequately represent the Class in this case.

//

I declare under the penalty of perjury under the laws of the United States of America and the States of California and Rhode Island and Providence Plantations that the forgoing is true and correct.

Executed on July 12, 2018 at Providence, Rhode Island.

_____
Theodore Broomfield

- 3 -
DELCARATION OF THEORORE BROOMFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION: CASE NO. 5:17-CV-01027