# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THEODORE BROOMFIELD, ET AL., <br> Plaintiffs, <br> v. <br> CRAFT BREW ALLIANCE, INC., et al., <br> Defendants. | Case No. 17-cv-01027-BLF <br><br> **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** <br> [Re: ECF 78] |

On July 16, 2018, Plaintiffs filed an administrative motion to file under seal portions of their Motion for Class Certification and accompanying Declarations and Exhibits in support thereof. ECF 78. Plaintiffs state that the portions sought to be sealed have been designated as confidential by Defendant Craft Brew Alliance, Inc. ("CBA"). Heikali Decl. ¶ 3, ECF 78-1.

Parties moving to seal documents must comply with the procedures established by Civil Local Rule 79-5. Under the Local Rules, "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1). Accordingly, CBA's declaration as the Designating Party was due on or before July 20, 2018.

CBA has not filed the requisite declaration within the allowable time. Because CBA has not established that the information in the documents submitted by Plaintiffs warrants sealing, Plaintiffs' administrative motion to seal is hereby DENIED.

For any request that has been denied because the party designating a document as confidential or subject to a protective order has not filed a responsive declaration providing sufficient reasons to seal, the submitting party (here, Plaintiffs) must file the unredacted documents into the public record no earlier than 4 days and no later than 10 days from the filing of this Order. *See* Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: July 23, 2018

_____
BETH LABSON FREEMAN
United States District Judge