**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SIMONE ZIMMER, ET AL., <br> Plaintiffs, <br> v. <br> CRAFT BREW ALLIANCE, INC., <br> Defendant. | Case No. 17-cv-01027-BLF <br><br> **ORDER RE REDACTION OF ORDER GRANTING MOTION TO CERTIFY CLASS** |

The Court's Order Granting Plaintiffs' Motion to Certify Class has been filed under seal because it may contain information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than **October 3, 2018** and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on October 3, 2018, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: September 26, 2018

_____
BETH LABSON FREEMAN
United States District Judge