# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THEODORE BROOMFIELD, et al., <br> Plaintiffs, <br> v. <br> CRAFT BREW ALLIANCE, INC., <br> Defendant. | Case No. 17-cv-01027-BLF <br><br> **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE OF JUNE 13, 2019 FOR MOTION FOR PRELIMINARY APPROVAL; VACATING CASE SCHEDULE** |

On April 24, 2019, the parties informed the Court that the case has settled in principle. ECF 110. As such, the Court hereby SETS a deadline of May 23, 2019 to file a Motion for Preliminary Approval of class action settlement. The hearing on the motion is SET for Thursday, June 13, 2019 at 1:30 p.m. All other deadlines and Court dates in this case are VACATED.

**IT IS SO ORDERED.**

Dated: April 25, 2019

_____
BETH LABSON FREEMAN
United States District Judge