**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CRAFT BREW ALLIANCE, INC., *et al.*,<br><br>  Defendants. | CASE NO.: 5:17-cv-01027-BLF<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND PAGE LIMIT ON PLAINTIFFS' FORTHCOMING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Before the Court is the Joint Stipulation To Extend Page Limit On Plaintiffs' Forthcoming Unopposed Motion For Preliminary Approval Of Class Action Settlement. The Stipulation is hereby **GRANTED** for good cause shown and based on the grounds set forth in Stipulation. It is hereby **ORDERED** that:

The page limit on Plaintiffs' forthcoming Motion for Preliminary Approval shall be extended to 35 pages.

**IT IS SO ORDERED.**

Dated: May 3, 2019          By: /s/ Beth Labson Freeman
                                Hon. Beth Labson Freeman
                                United States District Court Judge