**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com
        jnassir@faruqilaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter (admitted *pro hac vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-mail: tpeter@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
E-mail: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRAFT BREW ALLIANCE, INC., *et al.*, <br><br> Defendants. | CASE NO.: 5:17-cv-01027-BLF <br><br> **DECLARATION OF AUBRY WAND IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: June 13, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 3 – 5th Floor <br> Judge: Hon. Beth Labson Freeman |

**DECLARATION OF AUBRY WAND**

I, Aubry Wand, hereby declare as follows:

1. I am an attorney at law, licensed to practice in the state of California. I am the principal of the Wand Law Firm, PC ("WLF"). My firm, along with Faruqi & Faruqi, LLP, serve as counsel of record for Plaintiffs and the Classes in the above-captioned action. I make this declaration on the basis of personal firsthand knowledge. If called as a witness, I could and would readily and competently testify to all matters stated within.

2. I make this declaration in support of Plaintiffs' unopposed Motion for Preliminary Approval of Class Action Settlement.

**The Proposed Settlement Is In The Best Interest Of The Class**

3. Based on my experience, my familiarity with every material aspect of this case, and when weighing the risks of continued litigation, I believe that the proposed Settlement is fair, adequate, and reasonable. More specifically, the monetary component of the Settlement represents an excellent recovery for the Settlement Class because it affords Settlement Class Members the opportunity to recover more than the full value of their damages on a per-unit basis ($1.25-$2.75)[1] than they could have recovered at trial. The basis for this calculation is explained in the Declaration of Timothy J. Peter, who is co-counsel in this matter. The injunctive relief component also provides substantial benefit to the Settlement Class in that the proposed changes to the packaging of the Kona Beers mitigate the likelihood of consumer confusion regarding where the Kona Beers are brewed – a primary goal of the litigation. In sum, the Settlement represents an excellent result, and in my opinion, is in the best interest of the Settlement Class.

**Prior Involvement With The Settlement Administrator**

4. Within the past two years, WLF has used CPT Group, Inc. to administer one wage and hour class action settlement *Hopper-Porter, et al. v. Desert Regional Medical Center*, Riverside County Superior Court, Case No. RIC 1610095. I was very satisfied with the work

---

[1] Up to an aggregate amount of $10 without proof of purchase and $20 with proof of purchase.

-2-

CPT Group, Inc. did in administering the settlement in this case. I have used many other settlement administrators and have found CPT Group, Inc. to be among the most competent administrators.

5. To my knowledge, the Parties to this action and their counsel do not have any interest in CPT Group, Inc. and are not involved in its governance or work.

**Substantial Pre-Filing Investigation**

6. WLF conducted a substantial pre-filing investigation prior to commencing this action on February 28, 2017. WLF's pre-suit investigation included, but was not limited to, the following:

- Conducting several in-person meetings and telephone calls with Plaintiff Simone Zimmer.
- Meeting with and interviewing other consumers regarding their potential claims.
- Obtaining and reviewing the Kona Beers, including their labeling, packaging, and other advertisements and promotions for them.
- Obtaining and reviewing electronic images of CBA's website and other electronic marketing platforms.
- Obtaining and reviewing relevant legal precedent regarding similar false and misleading representations on products, including other beer products.
- Obtaining and reviewing relevant filings and applications made for the Kona Beers with the Alcohol and Tobacco Tax and Trade Bureau.
- Obtaining and reviewing publicly available financial information regarding the Kona Beers and CBA.
- Performing legal research to evaluate the merits and weaknesses of the case.

**Adequacy Of Representation And Qualifications Of Counsel**

7. WLF, along with co-counsel, were appointed by the Court as Class Counsel in the process of certifying two California litigation classes. Class Counsel have vigorously litigated this case on behalf of the Classes, devoting extensive time and resources, which includes, among other things, conducting a thorough pre-filing investigation, preparing and

-3-

filing the initial and amended complaints, negotiating discovery and case management issues with CBA, engaging in written discovery and conducting depositions, reviewing extensive documentary evidence, and retaining experts to proffer opinions on materiality, deception, and damages.

8. After obtaining class certification, the Parties participated in extended arm's length settlement negotiations over the course of two mediations with Bruce A. Edwards. After agreeing to a settlement in principle, the Parties continued to negotiate the settlement terms and draft the Settlement Agreement and related exhibits. During all of these negotiations, Class Counsel has zealously represented the interests of the certified class and proposed Settlement Class. Class Counsel will continue to do so throughout the settlement approval process.

9. I received a B.A. from the University of Pennsylvania in 2007 in English and Political Science. I received my J.D. from UC Hastings College of the Law in 2011. I became an active member of the State Bar of California in December 2011, and I have been an active member in good standing continuously since then. I am also currently an active member and in good standing of the State Bar of Hawaii. In 2012, I completed a judicial clerkship for the Honorable Colette Y. Garibaldi, of the First Circuit Court, State of Hawaii.

10. Since 2012, I have been practicing as a litigation attorney, focusing primarily on protecting the rights of employees and consumers, in Los Angeles. I have extensive experience in class action litigation. From 2012 to 2016, I worked as an associate at a law firm that was dedicated to employment litigation, frequently litigating class actions on behalf of employees. During that time period, I served as lead or co-lead counsel in 11 wage and hour class actions in which over $13 million was recovered for thousands of class members.

11. In the beginning of 2016, I founded WLF, which is dedicated to litigating cases on behalf of consumers and employees, often in the class action context. I am the firm's managing partner and am responsible for all litigation decisions.

12. I have been named a "Rising Star" in 2018 and 2019 for the Southern California Super Lawyers magazine

13. WLF has successfully recovered substantial compensation on behalf of

-4-

employees. For example, in 2018, WLF prevailed on a FEHA discrimination claim on behalf of an employee in a private arbitration after completing a six-day hearing.

14. Over the last several years, WLF has also served as lead counsel in numerous wage and hour class action cases that have been resolved favorably on behalf of thousands of class members. Set forth in the chart below are some of the wage and hour class actions in which WLF was appointed class counsel and which have been finally approved by the Court:

| Case Name | Case Number |
| --- | --- |
| *Yee, et al. v. Wong & Lau, Inc., et al.* | Los Angeles Sup. Ct. Case No. BC600087 |
| *Aguilar v. Hook Burger, LLC* | Los Angeles Sup. Ct. Case No. BC608694 |
| *Morales v. OPARC* | San Bernardino Sup. Ct. Case No. CIVDS1622051 |
| *Hopper-Porter, et al. v. Desert Regional Medical Center, Inc.* | Riverside Sup. Ct. Case No. RIC 1610095 |
| *Matthews v. Red Hill Country Club* | San Bernardino Sup. Ct. Case No. CIVDS1706187 |
| *Vinnitsky v. L.A. Overnight, LLC* | Los Angeles Sup. Ct. Case No. BC655314 |
| *Delgado, et al. v. Cienega Medical Spa, Inc.* | Los Angeles Sup. Ct. Case No. BC637702 |

15. WLF is in the processing of securing approval of several other pending wage and hour class actions.

16. WLF also litigates consumer class actions. WLF is currently litigating several consumer class actions in state and federal courts throughout the country, including in California, Hawaii, and New York.

17. On August 22, 2017, Judge Orrick of the U.S. District Court for the Northern District of California, granted final approval to, and appointed my office (along with co-counsel) as class counsel in a consumer class action entitled *Knapp v. Art.com, Inc.*, Case No. 3:16-cv-00768-WHO, which involved a nationwide settlement on behalf of approximately 2 million class members, based on allegations that the defendant engaged in deceptive perpetual sales practices.

18. WLF also recently obtained preliminary approval of a California settlement class

in the action entitled *Dashnaw, et al. v. New Balance Athletics, Inc.*, Case No. 3:17-cv-00159-L-JLB. *Dashnaw* is a false advertising class action involving allegations of deceptive "Made in USA" representations. On January 24, 2019, Judge Lorenz the U.S. District Court for the Southern District of California preliminarily approved the settlement, and appointed my office (along with co-counsel) as class counsel. The case is currently in the settlement administration process. While the claims period does not expire until June 6, 2019, as of May 23, 2019, approximately 54,490 class members (out of approximately 984,835 total class members), for a current estimated claims rate of approximately 5 percent. Based on the current claims rate of approximately 5 percent in the *Dashnaw* matter, I believe that CPT's estimated claims rate in the range of 1 to 7 percent for this settlement is reasonable and indeed likely.

## Attorneys' Fees and Costs

19.   I have not finalized WLF's costs, but based on preliminary calculations, my office has incurred approximately $160,659.65 in litigation costs, the bulk of which went towards expert witness fees, but which also includes other necessary expenditures, such as, travel expenses, deposition transcript costs, filing and service of process fees, and mediation fees. In the event preliminary approval of this Settlement is granted, Plaintiffs will file a fee application, which will include an itemized list of WLF's litigation costs incurred in this action.

20.   Similarly, I have not finalized my lodestar, as work continues to be actively done on this case. However, based on preliminary calculations, WLF's lodestar is currently in the range of $700,570. In the event preliminary approval of this Settlement is granted, Plaintiffs will file a fee application, which will include WLF's lodestar and contemporaneous time records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2019 at Culver City, California.

/s/ Aubry Wand
Aubry Wand