**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com
        jnassir@faruqilaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter (admitted *pro hac vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-mail: tpeter@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
E-mail: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRAFT BREW ALLIANCE, INC., *et al.*, <br><br> Defendants. | CASE NO.: 5:17-cv-01027-BLF <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL** |

**TO THE COURT AND EACH PARTY AND ITS ATTORNEY OF RECORD:**

Theodore Broomfield and Simone Zimmer ("Plaintiffs") hereby lodge this Notice of Supplemental Authority In Support Plaintiffs' Motion for Preliminary Approval, which is set for hearing on June 13, 2019. Attached hereto as **Exhibit A** is a copy of *In re Hyundai & Kia Fuel Econ. Litig.*, No. 15-56014, ---F.3d.---, 2019 WL 2376831 (9th Cir. June 6, 2019), which was decided after Plaintiffs filed their Motion for Preliminary Approval on May 24, 2019. The *en banc* precedential decision in *Hyundai* is relevant to, *inter alia*, the Court's analysis of predominance under Fed. R. Civ. P. 23(b)(3) for settlement purposes. Plaintiffs refer the Court to pages *6-11 of the decision.

Dated: June 10, 2019                              **FARUQI & FARUQI, LLP**

                                                                     */s/ Benjamin Heikali*
                                                                    Benjamin Heikali
                                                                    Timothy J. Peter

                                                                    **THE WAND LAW FIRM, P.C.**
                                                                    Aubry Wand

                                                                    *Attorneys for Plaintiffs and the Classes*