# **EXHIBIT D**

| Name | Status | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Total hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Guber, Stuart | (P) | 0.8 | 0 | 0 | 0 | 4 | | 0 | 0 | 0 | 1.6 | 0 | 0 | 0 | 0.4 | 6.8 |
| Heikali, Benjamin | (P) | 59.5 | 38.1 | 109.9 | 59.8 | 78.5 | 52.6 | 52.3 | 14.3 | 4.2 | 106 | 16.4 | 8.5 | 30 | 3.5 | 633.6 |
| Peter, Timothy, J. | (P) | 50.3 | 17.5 | 137.8 | 67.7 | 31.3 | 23.7 | 35.6 | 10.1 | 0 | 59.3 | 7.2 | 6.7 | 41 | 4.4 | 492.6 |
| Rohr, Barbara | (P) | 3.5 | 12.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.5 | 0 | 0 | 0 | 4.5 | 22 |
| Heller, Alex B. | (A) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.25 | 0 | 0 | 0 | 0 | 2.25 |
| Nassir, Joshua | (A) | 0.2 | 1.2 | 204.4 | 18.5 | 186.9 | 66.1 | 0 | 54.1 | 0 | 18.1 | 0.7 | 0 | 6 | 16.7 | 572.9 |
| Reina, Josephine, A. | (A) | 22.5 | 1 | 7.75 | 62.25 | 0 | 0 | 0 | 0 | 0 | 0 | 0.5 | 0 | 0 | 0 | 94 |
| Aloise, Anthony J. | (PL) | 0 | 0 | 1.3 | 0.25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.55 |
| Behnke, Derek | (PL) | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.5 | 4.5 |
| Giacalone, Brian L. | (PL) | 0 | 2.95 | 3.3 | 0 | 4.6 | 0 | 7 | 0 | 0 | 0.1 | 0 | 0 | 0 | 0 | 17.95 |
| Marton, Susanna | (PL) | 17 | 30.75 | 41 | 21.25 | 37.5 | 23.5 | 17 | 0 | 0 | 37.75 | 0 | 0 | 0 | 26.75 | 252.5 |
| | TOTAL: | 153.8 | 104 | 505.45 | 229.75 | 346.8 | 165.9 | 111.9 | 78.5 | 4.2 | 226.6 | 24.8 | 8.4 | 77 | 56.75 | 2100.65 |

(1) Pre-Complaint Investigation and Complaints
(2) Case Management Documents and Work
(3) Written Discovery, Document Production and Review, Depositions, and Expert Work
(4) Opposition to Motion to Dismiss and Reconsideration of MTD Order
(5) Motion for Class Certification
(6) Opposition to Rule 23(f) Petition
(7) Motion for Preliminary Approval of Settlement
(8) Motion for Attorneys' Fees and Costs and Service Awards
(9) Motion for Final Approval of Settlement
(10) Settlement Efforts
(11) Communication With Opposing Counsel and Third Parties
(12) Client Communication
(13) Travel Time
(14) Miscellaneous