**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com
        jnassir@faruqilaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter (admitted *pro hac vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-mail: tpeter@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
E-mail: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Settlement Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRAFT BREW ALLIANCE, INC., *et al.*, <br><br> Defendants. | CASE NO.: 5:17-cv-01027-BLF <br><br> **DECLARATION OF SIMONE ZIMMER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS** <br><br> Date: December 19, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 3 – 5th Floor <br> Judge: Hon. Beth Labson Freeman |

## DECLARATION OF SIMONE ZIMMER

1. I am one of the named Plaintiffs in the above-captioned case. I have personal knowledge of the facts set forth in this declaration and could and would readily and competently testify under oath if called as a witness.

2. I understand that this declaration will be used in support of Plaintiffs' Motion for Attorneys' Fees and Costs and Class Representative Service Awards.

3. I understand that, pursuant to the Settlement, Class Members residing in the same household will be eligible to recover up to a maximum of $20 per household if they submit proof of purchase and up to $10 per household without submitting any proof of purchase. I further understand that, pursuant to the Settlement, Craft Brew Alliance, Inc. will be required to include a conspicuous statement on all consumer-facing Kona Beer packaging that lists each location where the Kona Beers are brewed or lists the location or locations at which a particular Kona Beer is brewed.

4. I am also aware that the Settlement provides for a class representative service award of up $5,000 to each of the two Plaintiffs. I know that the requested service award is not conditioned on approval of the Settlement. In other words, I understand that this Settlement could be approved but that I would be awarded a sum smaller than $5,000, or even no award at all. Regardless of the Court's decision with respect to the service award, I support the Settlement because I believe it is in the best interest of the Class.

5. That said, I believe the $5,000 is reasonable based on the efforts that I have expended in this matter. From the inception of this case in or around February 2017, and throughout the entire course of this case, I have been in regular communication with my attorneys and have actively taken steps to litigate this case on behalf of the Class. For example, I have had numerous telephone calls with my attorneys, I have had several in-person meetings with my attorneys, I reviewed and responded to written discovery, I searched for and produced documents, and I prepared and sat for my deposition on December 18, 2017. I was also actively involved in major strategic decisions in this case, including the decision to settle this matter. All of the actions that I took were made in the best interests of the Class.

6. I estimate that I have devoted approximately 34 hours of my time to this case, which can roughly be broken down as follows:

- 8 hours speaking and meeting with my counsel to go over important documents and decisions, such as the filing of the complaint and the amended complaint, the motion for class certification, the settlement agreement and exhibits thereto, and other filings such as the motion for preliminary approval of the Settlement.
- 7 hours responding and reviewing written discovery responses, including searching for documents and communicating with my counsel regarding discovery issues.
- 14 hours preparing, travelling to, and sitting for my deposition which took place in Irvine, CA, including review of my deposition transcript and signing an errata to it.
- 3 hours consulting with my attorneys during the two mediation sessions and reviewing various documents relating to settlement and administration of the settlement.
- At least an additional 2 hours communicating with my attorneys about miscellaneous matters and otherwise staying informed about the case.

7. I was also prepared to testify at trial if necessary.

8. The foregoing activities required some travel, including from my home in San Bernardino to Los Angeles (meeting with my attorney) and Irvine (my deposition).

9. In making the decision to bring this case, I understood that my name would be a part of the public record in connection with this lawsuit. I did not necessarily want my name to be in the public domain in this context, but I decided to proceed anyway because I wanted to stand up for the rights of other consumers, in addition to my own.

//
//
//
//
//
//
//

DECLARATION OF SIMONE ZIMMER ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS; CASE NO. 5:17-CV-01027-BLF

10. I also believe the service award is reasonable based on the excellent result achieved for the Class. I had two goals in bringing this case. The first goal was to recover some monetary compensation for the Class. The second goal was to try to get Craft Brew Alliance, Inc. to be more transparent about its advertising with respect to where the Kona Beers are brewed. I believe that this settlement achieves both of these goals, and that I played an important role in contributing to the substantial benefit obtained for the Class.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on 8/7/2019 at Rancho Cucamonga, California.

*Simone Zimmer*
Simone Zimmer