**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com
         jnassir@faruqilaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter (admitted *pro hac vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-mail: tpeter@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
E-mail: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRAFT BREW ALLIANCE, INC., *et al.*, <br><br> Defendants. | CASE NO.: 5:17-cv-01027-BLF <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DECLARATION OF STEFAN BOEDEKER** |

1  Pursuant to Civil L.R. 7-11 and 79-5, Section V of this Court's Standing Order Re Civil
2  Cases, and the Protective Order entered by the Court on October 18, 2017 (ECF No. 53, the
3  "Protective Order"), Plaintiffs Theodore Broomfield and Simone Zimmer ("Plaintiffs")
4  respectfully submit this Administrative Motion to File Under Seal Portions of Declaration of
5  Stefan Boedeker, which is being filed in support of Plaintiffs' Motion for Attorneys' Fees and
6  Costs and Class Representative Service Awards. This Administrative Motion is supported by the
7  Declaration of Benjamin Heikali ("Heikali Decl."), filed herewith, and any other relevant papers
8  and pleadings on file.

Plaintiffs seek to file portions of the Declaration of Stefan Boedeker under seal as follows:

| ECF or Exh. No | Document | Portions to Seal | Reason for Sealing |
|---|---|---|---|
| ECF No. 121-9 | Declaration of Stefan Boedeker | Highlighted portions in the following paragraphs and tables:<br><br>¶ 12(a) and (c)<br><br>¶ 13, Table 1<br><br>¶ 14 and Table 2<br><br>¶ 15 and Table 3<br><br>¶ 16 and Table 4<br><br>¶ 17, Table 5 | Contains sales data that Defendant has designated as confidential pursuant to a Protective Order. *See* Heikali Decl., ¶ 3. |

Plaintiffs request to file the foregoing portions of the Declaration of Stefan Boedeker under seal because they state information derived from sales data in a document designated by Defendant Craft Brew Alliance, Inc. ("CBA") as "CONFIDENTIAL" under the Protective Order. *See* Protective Order at ¶ 2.2. The Protective Order requires that any party that seeks to file any material designated as "CONFIDENTIAL" must comply with Civil L.R. 79-5. *Id.* at ¶ 11.3.

Pursuant to the Protective Order and Civil L.R. 79-5(e), CBA, as the Designating Party, must now demonstrate that all the designated information is sealable or must withdraw the designation of confidentiality.

Plaintiffs are filing a redacted version of the foregoing document as an attachment to the Heikali Decl. Plaintiffs are filing an unredacted version of foregoing document under seal. All specific material and information that Plaintiffs seek to file under seal is highlighted in yellow for the Court. Plaintiffs are also submitting an unredacted Chambers copy of the foregoing document to the Court.

If the Court denies this Administrative Motion in whole or in part, Plaintiffs will file an unredacted versions of the foregoing document in a manner consistent with the Court's order and Civil L.R. 79-5(f).

Dated: September 2, 2019                          **FARUQI & FARUQI, LLP**

By: */s/   Benjamin Heikali*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail:  bheikali@faruqilaw.com

Timothy J. Peter (admitted *pro hac vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-mail: tpeter@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
E-mail: awand@wandlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I also certify that on September 2, 2019, by way of e-mail, I served Defendant, the Designating Party, with the foregoing document and corresponding declaration and exhibits.

Dated: September 2, 2019                    By: */s/ Benjamin Heikali*
                                                 Benjamin Heikali