Tammy B. Webb (SBN: 227593)
tbwebb@shb.com
John K. Sherk III (SBN: 295838)
jsherk@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Tel: (415) 544-1900; Fax: (415) 391-0281

Naoki S. Kaneko (SBN: 252285)
nkaneko@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: (949) 475-1500; Fax: (949) 475-0016

Brent Dwerlkotte (admitted *Pro Hac Vice*)
dbdwerlkotte@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: (816) 474-6550; Fax: (816) 421-5547

Attorneys for Defendant
CRAFT BREW ALLIANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRAFT BREW ALLIANCE, INC., *et al.* <br><br> Defendants. | Case No.: 5:17-cv-01027-BLF <br><br> **DECLARATION OF TAMMY B. WEBB IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DECLARATION OF STEFAN BOEDEKER (DKT. 122)** |

I, Tammy B. Webb hereby declare as follows:

1. I am an attorney duly licensed to practice before all the Courts of this State, and I am a partner with the law firm of Shook, Hardy & Bacon L.L.P., counsel of record for Defendant Craft Brew Alliance, Inc. ("CBA") in this action. The statements in this declaration are made on the basis of my own personal knowledge, and I could, and would, competently testify thereto if called upon to do so.

2. As referenced below, portions of Stefan Boedeker's declaration and references to sales data should be sealed as they are confidential and competitively sensitive.

| ECF No. | Document | Portions to Seal | Reasons for Sealing |
|---|---|---|---|
| 121-9 | Declaration of Stefan Boedeker | Highlighted portions in the following paragraphs and tables:<br>¶ 12(a) and (c)<br>¶ 13, Table 1<br>¶ 14 and Table 2<br>¶ 15 and Table 3<br>¶ 16 and Table 4<br>¶ 17, Table 5 | Contains sales data that CBA has designated as confidential pursuant to a Protective Order. |

4. Pursuant to the Protective Order and Civil L.R. 79-5(e), CBA, as the Designating Party, has designated the above-referenced materials as confidential or the material has been designated as proprietary and confidential by CBA.

5. The portions listed in the above-chart contain confidential business information from CBA relating to its sales data and potential methodology in calculating future revenue, which CBA considers proprietary and confidential. CBA has a legitimate business interest in protecting the confidentiality of such information. If such information were to become public knowledge, CBA's competitors could use that information to undermine CBA's pricing and financial plans and practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of September, 2019, at San Francisco, California.

                                       _/s/ Tammy B. Webb_
                                       TAMMY B. WEBB