Sep. 15, 2019

TO: U.S. District Court
Northern District of California
280 South 1st Street, Courtroom #3
San Jose, CA 95113

FROM: Miguel F. Valenzuela 2024530
Joe Ney
114 private Rd. 4303
Hondo, TX 78861

FILED
SEP 23 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RE: Cause number 5:17-CV-01027-BLF
Broomfield
V.
Craftbrew Alliance, INC

I am requesting to be included by the court for class action lawsuit referance cause number - 5:17-CV-01027-BLF. I purchased Kona beer several times between February 28, 2013 and June 14, 2019 that was portrayed to be brewed in Hawaii, when it was actually not. I am confused as to why Craftbrew Alliance, INC would do this. I have no reciepts due to the amount of time that has past since my last purchases.

I am requesting that the court provide me with a written response letting me know that I've been included in this class action settlement.

Miguel F. Valenzuela