FILED

SEP 23 2019

NOR. CLER. SUSAN Y SOC
EPIC

SEPT 17, 2019

TO: U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST STREET, COURTROOM #3
SAN JOSE, CA 95113

FROM: FREDERICK C. FERGUSON JR. #2136576
JOE NEY UNIT
114 PRIVATE RD 4303
HONDO, TX 78861

RE:   CAUSE NO. 5:17-CV-01027-BLF
BROOMFIELD
V.
CRAFTBREW ALLIANCE, INC.

   I AM REQUESTING THE COURT INCLUDE ME IN
THE CLASS ACTION LAWSUIT REFERENCE THE ABOVE
MENTIONED CAUSE NUMBER. I PURCHASED KONA BEER
MULTIPLE TIMES BETWEEN FEBRUARY 28, 2013 AND
JUNE 14, 2019 THAT WAS PORTRAYED TO BE BREWED IN
HAWAII, WHEN IN FACT IT WAS NOT. I AM REALLY
OFFENDED BY CRAFTBREW ALLIANCE, INC., ACTIONS.
PLEASE SEND ME A CLAIM FORM. I HAVE NO RECEIPTS.
   I WILL CLOSE BY REQUESTING THE COURT SEND
ME WRITTEN CORRESPONDENCE BACK ACKNOWLEDGING
RECEIPT OF THIS LETTER AND ACKNOWLEDGMENT THAT
I AM NOW INCLUDED IN THIS CLASS ACTION LAWSUIT-
SETTLEMENT.

RESPECTFULLY,

Frederick C. Ferguson Jr.