UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THEODORE BROOMFIELD, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CRAFT BREW ALLIANCE, INC.,<br><br>　　　　　　Defendant. | Case No. 17-cv-01027-BLF<br><br>**ORDER RE LETTERS FROM NON-PARTIES AT ECF 126 AND 127** |

The Court has received two letters from individuals requesting to be included in the class action settlement. ECF 126, 127. The individuals appear to be located at Joe Ney State Jail in Hondo, Texas. Plaintiffs' counsel along with the claims administrator SHALL consider the request and report to the Court on the status of these requests **on or before October 25, 2019.**

**IT IS SO ORDERED.**

Dated: September 25, 2019

_____
BETH LABSON FREEMAN
United States District Judge