**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com
       jnassir@faruqilaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter (admitted *pro hac vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-mail: tpeter@faruqilaw.com

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
E-mail: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRAFT BREW ALLIANCE, INC., <br><br> Defendant. | CASE NO.: 5:17-cv-01027-BLF <br><br> **PLAINTIFFS' RESPONSE TO ORDER RE. LETTERS FROM NON-PARTIES AT ECF 126 AND 127** |

Plaintiffs hereby submit this response to the Court's Order Re. Letters from Non-Parties at ECF Nos. 126 and 127 ("Order").

## I.  BACKGROUND

On September 24, 2019, letters from Miguel F. Valenzuela (ECF No. 126) and Frederick C. Ferguson, Jr. (ECF No. 127) were filed in this action. In these letters, Mr. Valenzuela and Mr. Ferguson both represented that they purchased Kona Beers during the Class Period and requested to be included in the Settlement. In the Order, the Court requested that Plaintiffs and the claims administrator should consider these requests and report to the Court on the status of these requests by on or before October 25, 2019.

## II.  REPORT ON STATUS OF REQUESTS

Plaintiffs have looked into several issues regarding the letters from Mr. Valenzuela and Mr. Ferguson.

First, it appears from public records that Mr. Valenzuela may have been incarcerated in Texas state prison from approximately August 18, 2015 to present and Mr. Ferguson may have been incarcerated in Texas state prison from approximately May 30, 2017 to present. The Class Period is from February 28, 2013 and June 14, 2019.  ECF No. 121-2 ("Settlement Agreement"), ¶ 40.[1]  Thus, both Mr. Valenzuela and Mr. Ferguson could have purchased Kona Beers before their incarceration, during the Class Period.

Second, incarcerated persons can participate in class action settlements where monetary compensation is provided to the class. *See*, *e.g.*, *Miracle v. Bullitt Cty, Ky.*, 2008 WL 4974799, at *1-5, 05-130-C (W.D. Ky Nov. 19, 2008) (granting final approval of a class settlement that provided payments of up to $1,500 to persons who were strip-searched before their admission to jail).  Therefore, both Mr. Valenzuela and Mr. Ferguson should be entitled to submit Claim Forms.

Third, the Settlement requires Class Members to submit a Claim Form in order to receive compensation under the Settlement.  Settlement Agreement, ¶ 36.  Consequently, on September 27, 2019, the claims administrator (CPT Group, Inc.) sent letters, along with blank Claim Forms,

---

[1] The Class Period ends on the date that the Court granted preliminary approval.  ECF No. 120.

to both Mr. Valenzuela and Mr. Ferguson informing them that they needed to submit a valid Claim Form in order to participate in the Settlement.  Declaration of Ani Sarich, ¶ 3.  Both Mr. Valenzuela and Mr. Ferguson submitted valid Claim Forms before the close of the claims deadline on October 7, 2019.  *Id.* at ¶ 4.

Fourth, there is a process through which payments can be made to Mr. Valenzuela and Mr. Ferguson even though they are currently incarcerated. Although money cannot be paid directly to a prisoner (*see* Tex. Penal Code § 38.11), inmates are authorized to receive money indirectly to their respective Inmate Trust Funds.  *See* Texas Government Code § 501.014.[2]  The Texas Department of Criminal Justice authorizes a set list of payment methods.[3] CPT Group, Inc. is able to transmit payment to Mr. Valenzuela's and Mr. Ferguson's respective Inmate Trust Funds via one of these authorized payment methods.  Declaration of Ani Sarich, ¶ 5.

In sum, Plaintiffs believe that Mr. Valenzuela and Mr. Ferguson are Class Members who have submitted valid Claim Forms and who will be eligible to receive compensation if the Court approves the Settlement. Plaintiffs hope this report responds to any questions or issues the Court may have with respect to these letters, and if it does not, Plaintiffs can provide the Court with additional information either before or at the Final Approval Hearing currently scheduled for December 19, 2019.

Dated: October 24, 2019

**FARUQI & FARUQI, LLP**
 */s/ Benjamin Heikali*
Benjamin Heikali
Timothy J. Peter

**THE WAND LAW FIRM, P.C.**
Aubry Wand

*Attorneys for Plaintiffs and the Settlement Class*

---

[2] https://www.tdcj.texas.gov/divisions/bfd/comm_trust_inmate_trust.html. (last visited Oct 24, 2019)

[3] https://www.tdcj.texas.gov/documents/bfd/Deposit_Options_Flyer.pdf. (last visited Oct 24, 2019)