# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THEODORE BROOMFIELD, et al., <br><br>Plaintiffs, <br><br>v. <br><br>CRAFT BREW ALLIANCE, INC., <br><br>Defendant. | Case No.  17-cv-01027-BLF <br><br>**ORDER REQUESTING PLAINTIFFS TO FILE SUPPLEMENTAL DECLARATIONS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** <br><br>[Re: ECF 121] |

On September 2, 2019, Plaintiffs filed a motion for attorneys' fees.  ECF 121.  While the information submitted complies with the Court's Standing Order Regarding Civil Cases, the Court needs additional information to determine if the requested attorneys' fees are reasonable.  Therefore, the Court hereby DIRECTS Plaintiffs to file supplemental declarations in support of their motion **on or before January 17, 2020**, for the following attorneys: Benjamin Heikali, Timothy Peter, and Aubry Wand.  The supplemental declarations shall include the nature of the tasks performed by each of these attorneys as to each enumerated category of tasks.  Particularly, the Court notes that the vast majority of hours of work were conducted by partners billing at the highest rates.  Counsel may submit billing records or detailed affidavits describing the work performed and the number of hours each attorney spent on each task.

**IT IS SO ORDERED.**

Dated: December 20, 2019

_____
BETH LABSON FREEMAN
United States District Judge