# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THEODORE BROOMFIELD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CRAFT BREW ALLIANCE, INC., et al.,<br><br>　　　　Defendants. | Case No.  17-cv-01027-BLF<br><br>**ORDER DIRECTING COUNSEL FOR OBJECTOR ERIC MICHAEL LINDBERG TO FILE A DECLARATION RE LODESTAR CALCULATION OF ATTORNEYS' FEES**<br><br>[Re: ECF 170] |

On May 27, 2020, the parties filed a stipulation with a proposed order, stipulating to the dismissal of Objector Eric Michael Lindberg's appeal and the payment of $33,000 to Mr. Lindberg. ECF 170, at 3. In the stipulation, counsel for Mr. Lindberg represented that they performed 143.20 hours of work and have hourly rates of $433 and $370, resulting in a reported lodestar of $61,690.60. ECF 170, at 3. Additionally, counsel represented that they expended $2,012.96 in costs. Accordingly, pursuant to section 1.1(f) of the Settlement Agreement, the Court hereby DIRECTS Mr. Lindberg's counsel to file declarations summarizing the hours expended on major tasks for each attorney and the costs expended related to the matter **on or before July 7, 2020**. The declaration shall comply with the Court's Standing Order Re Civil Cases, available on the Court's website. *See* Standing Order Re Civil Cases § VII.

　　　**IT IS SO ORDERED.**

Dated: June 22, 2020

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge