**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com
          jnassir@faruqilaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter (admitted *pro hac vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-mail: tpeter@faruqilaw.com

*Attorneys for Plaintiffs and the Settlement Class*

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, CA 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
E-mail: awand@wandlawfirm.com

**THE LAW OFFICES OF DAVID A. MAKMAN**
David A. Makman (SBN 178195)
483 Seaport Court, Suite 103
Redwood City, CA 94063
Telephone: (650) 242-1560
E-mail: david@makmanlaw.com

**LAW OFFICE OF SAM MIORELLI, P.A.**
Sam A. Miorelli (admitted *pro hac vice*)
1141 Mission Ridge Court
Orlando, FL 32835
Telephone: (352) 458-4092
E-mail: sam.miorelli@gmail.com

*Attorneys for Objector Eric Michael Lindberg*

*[Additional Counsel Listed on Following Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| THEODORE BROOMFIELD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRAFT BREW ALLIANCE, INC., <br><br> Defendant. | CASE NO.: 5:17-cv-01027-BLF <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE: DISMISSAL OF MR. LINDBERG'S APPEAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SHOOK, HARDY & BACON L.L.P.**
Tammy B. Webb (SBN 227593)
John K. Sherk III (SBN 295838)
Matthew F. Williams (SBN 323775)
One Montgomery, Suite 2700
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
E-mail: tbwebb@shb.com
          jsherk@shb.com
          mwilliams@shb.com

*Attorneys for Defendant Craft Brew Alliance, Inc.*

Faruqi & Faruqi, LLP and the Wand Law Firm, P.C. ("Class Counsel"), Defendant Craft Brew Alliance, Inc. ("CBA"), by and through its counsel Shook, Hardy & Bacon L.L.P., and Objector Eric Michael Lindberg ("Mr. Lindberg"), by and through his counsel Sam Miorelli ("Mr. Miorelli") and David A. Makman ("Mr. Makman") (collectively, "the Parties"), hereby stipulate as follows:

## RECITALS

**WHEREAS**, on September 2, 2019, Plaintiffs filed a Motion for Attorneys' Fees and Costs and Class Representative Service Awards. ECF No. 121.

**WHEREAS**, on October 7, 2019, Mr. Lindberg filed an Objection to the Settlement ("Lindberg Objection"). ECF No. 130.

**WHEREAS**, on October 29, 2019, Plaintiffs filed a Motion for Final Approval. ECF No. 136. The Court held a hearing on the Motion for Final Approval and Motion for Attorneys' Fees on December 19, 2019, at which Mr. Lindberg's counsel, Mr. Miorelli, made oral argument in support of the Objection. The Court took both motions under submission, and ultimately granted them on February 5, 2020 ("Final Approval Order"). ECF No. 151.

**WHEREAS**, on February 11, 2020, the Court entered a Final Judgment. ECF No. 154.

**WHEREAS**, on March 3, 2020, Mr. Lindberg filed a notice of appeal to the Ninth Circuit Court of Appeals regarding the Final Approval Order and Final Judgment. ECF No. 155.

**WHEREAS**, on March 20, 2020, Plaintiffs filed a Motion for Appeal Bond. ECF No. 158. The Court granted the motion on April 13, 2020. ECF No. 164. On April 27, 2020 Mr. Lindberg deposited $3,000 in the Court's Registry in satisfaction of the appeal bond order. ECF Nos. 167 and 168. On May 13, 2020, Mr. Lindberg filed an amended notice of appeal to the Ninth Circuit Court of Appeals regarding the Court's Order: (a) Granting Plaintiffs' Motion for Final Approval of Class Action Settlement, (b) Granting Plaintiffs' Motion for Attorneys' Fees and Costs and Class Representative Service Awards and Judgment, and (c) Granting Plaintiffs' Motion for Appeal Bond ("Appeal"). ECF No. 169.

**WHEREAS**, with the foregoing in mind, and with the assistance of the Ninth Circuit Mediator, Sasha M. Cummings, Class Counsel and CBA negotiated with Mr. Lindberg and reached

a settlement agreement that they signed with him on May 22, 2020. A true and correct copy of the agreement between the Parties thereto ("Agreement") is attached hereto as **Exhibit A**;

**WHEREAS**, on May 26, 2020, Mr. Lindberg conditionally dismissed his Appeal pursuant to the terms of the Agreement, such that jurisdiction is now present in this Court to approve the instant stipulation (*see* May 27, 2020 Order conditionally dismissing appeal, attached hereto as **Exhibit B**);

**WHEREAS**, Mr. Miorelli and Mr. Makman represent that they have performed 143.20 hours of work on the matter at the hourly rates of $433 and $370 respectively, resulting in a reported total lodestar of $61,690.60, and that they have expended sums in the amount of $2,012.96, relating to the matter;

**WHEREAS**, the Agreement provides that, subject to this Court's approval and other conditions, Mr. Lindberg shall be paid a total sum of $33,000.00, of which CBA shall be responsible for paying $7,500.00, and Class Counsel shall be responsible for paying $25,500.00. Ex A ¶ 1.1(a);

**WHEREAS**, this payment to Mr. Lindberg from CBA and Class Counsel will not reduce the recovery to the Class whatsoever; and

**WHEREAS**, this Stipulation is subject to approval by the Court pursuant to Federal Rule of Civil Procedure 23(e)(5)(B).

### STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED BY THE PARTIES THAT:

Mr. Lindberg shall be paid a total sum of $33,000.00, of which CBA shall be responsible for paying $7,500.00, and Class Counsel shall be responsible for paying $25,500.00, pursuant to the terms of the Agreement, such that Mr. Lindberg's Appeal shall be dismissed with prejudice. Any appeal bond funds currently in the District Court's registry held in Mr. Lindberg's name in connection with his appeal in this case shall be returned to Mr. Lindberg.

Dated: May 27, 2020                    **FARUQI & FARUQI, LLP**


                                       */s/ Timothy J. Peter*
                                       Timothy J. Peter
                                       Benjamin Heikali

1    Joshua Nassir

2    The Wand Law Firm, P.C.
     Aubry Wand

3    *Attorneys for Plaintiffs and the Settlement Class*

4

5    Dated: May 27, 2020              **SHOOK, HARDY & BACON L.L.P.**

6

7     /s/ Tammy B. Webb
      Tammy B. Webb
      John K. Sherk III

8     Matthew F. Williams

9    *Attorneys for Defendant Craft Brew Alliance, Inc.*

10

11

12   Dated: May 27, 2020              **LAW OFFICE OF SAM MIORELLI, P.A.**

13    /s/ Sam A. Miorelli
      Sam A. Miorelli

14

15   The Law Offices of David A. Makman
     David A. Makman

16   *Attorneys for Objector Eric Michael Lindberg*

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF E-FILED SIGNATURE

I, Sam Miorelli, am the ECF User whose ID and password are being used to file the foregoing document in compliance with Civil L.R. 5-1(i)(3). I attest that all other signatories listed, and on whose behalf the filing is being submitted, concur in the filing's content and have authorized the filing of this stipulation.

Dated: May 27, 2020                    By: */s/ Sam Miorelli*
                                           Sam Miorelli

1

**[PROPOSED] ORDER**

2

      Pursuant to the Stipulation between Class Counsel, Defendant Craft Brew Alliance, Inc. and

3

Objector Eric Michael Lindberg, and consistent with Federal Rule of Civil Procedure 23(e)(5)(B),

4

it is hereby ordered that Objector Eric Michael Lindberg shall be paid the total sum of $33,000.00,

5

of which Defendant Craft Brew Alliance, Inc. shall be responsible for paying $7,500.00 and Class

6

Counsel shall be responsible for paying $25,500.00.

7

      The Clerk is hereby ordered to return any appeal bond funds currently in the District Court's

8

registry held in Mr. Lindberg's name in connection with his appeal in this case.

9

10

    **IT IS SO ORDERED.**

11

12

DATED: _____   June 30, 2020

13

_____

14

Honorable Beth Labson Freeman
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28