United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

THEODORE BROOMFIELD, et al.,

               Plaintiffs,

       v.

CRAFT BREW ALLIANCE, INC.,

               Defendant.

Case No.  17-cv-01027-BLF

**ORDER REQUESTING FURTHER POST-DISTRIBUTION ACCOUNTING BY MARCH 1, 2021**

The Court has received Plaintiffs' notice of post-distribution accounting. ECF 177. Due to the high number of uncashed checks, the Court REQUESTS a further accounting **on or before March 1, 2021** that describes the status of the funds and amount actually cashed by class members.

     **IT IS SO ORDERED.**

Dated: September 30, 2020

_____
BETH LABSON FREEMAN
United States District Judge